## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS

---

BRIENNA M. COZAD,

               Plaintiff,                     Case No. 1:23-cv-01334

v.

TOMMY L. EDWARDS n/k/a JARED
EDWARDS and THE PRUDENTIAL
INSURANCE COMPANY OF AMERICA,

               Defendants.

---

### THE PRUDENTIAL INSURANCE COMPANY OF AMERICA'S
### ANSWER, AFFIRMATIVE DEFENSES, AND
### COUNTERCLAIM AND CROSS-CLAIM FOR RELIEF IN INTERPLEADER

Defendant, The Prudential Insurance Company of America ("Prudential"), by and through its undersigned counsel, answers the Petition for Declaratory Judgment (the "Complaint") (ECF Doc. 1 at 7) filed by Plaintiff Brienna M. Cozad ("Cozad") as follows:

1.      Prudential, upon information and belief, admits the allegations set forth in Paragraph 1 of the Complaint.

2.      Prudential denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 2 of the Complaint, and thereby denies the same. Prudential affirmatively states that upon information and belief, Defendant Tommy L. Edwards n/k/a Jared Edwards ("Edwards") is an adult resident of Clinton County, Iowa.

3.      Prudential denies the allegations set forth in Paragraph 3 of the Complaint and affirmatively states that Prudential is an insurance company organized and existing under the

laws of the State of New Jersey with its principal place of business in Newark, New Jersey. Prudential is duly authorized to do business in the State of Illinois.

4.     Prudential denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 4 of the Complaint, and thereby denies the same. Prudential refers to the referenced exhibit for a complete and accurate statement of its terms.

5.     Prudential denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 5 of the Complaint, and thereby denies the same. Prudential refers to the referenced exhibit for a complete and accurate statement of its terms.

6.     Prudential denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 6 of the Complaint, and thereby denies the same. Prudential refers to the referenced exhibit for a complete and accurate statement of its terms.

7.     Prudential, upon information and belief, admits the allegations set forth in Paragraph 7 of the Complaint. Prudential refers to the referenced exhibit for a complete and accurate statement of its terms.

8.     Prudential, upon information and belief, admits the allegations set forth in Paragraph 8 of the Complaint.

9.     Prudential denies the allegations set forth in Paragraph 9 of the Complaint and affirmatively states that, at all times relevant, William T. Edwards (the "Insured") received life insurance coverage under group policy number G-50318 (the "Plan"), which was issued by Prudential to Cook Group Incorporated.

10.     Prudential denies the allegations set forth in Paragraph 10 of the Complaint and affirmatively states that the Insured did not submit any beneficiary designations to his coverage under the Plan.

11.     Prudential denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 11 of the Complaint, and thereby denies the same.

12.     Prudential denies the allegations set forth in Paragraph 12 of the Complaint and affirmatively states that the Plan's beneficiary rules provide, in relevant part, that "[a]ny amount of insurance under a Coverage for which there is no Beneficiary at your death will be payable to the first of the following: your (a) surviving spouse; (b) surviving child(ren) in equal shares; (c) surviving parents in equal shares …" Prudential refers to *Exhibit A* to Prudential's Counterclaim and Cross-Claim for Relief in Interpleader for a complete copy of the Plan and further refers to the exhibit for a complete and accurate statement of its terms.

13.     Prudential denies the allegations set forth in Paragraph 13 of the Complaint and affirmatively states that as a result of the death of the Insured, Plan death benefits in the amount of $75,000.00 became due to a beneficiary or beneficiaries.

14.     Prudential denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 14 of the Complaint, and thereby denies the same. Prudential refers to the referenced exhibit for a complete and accurate statement of its terms.

15.     Prudential denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 15 of the Complaint, and thereby

denies the same. Prudential refers to the referenced exhibit for a complete and accurate statement of its terms.

16.      Prudential states that no response is required as the allegations set forth in Paragraph 16 of the Complaint state a legal conclusion. To the extent a response is deemed required, Prudential denies the allegations set forth in Paragraph 16 of the Complaint and affirmatively states that Prudential, as neutral stakeholder of the proceeds at issue, remains ready, willing, and able to interplead the proceeds with the Registry of the Court so that the Court may determine the respective rights of Cozad and Edwards.

17.      Prudential denies having knowledge or information sufficient to form a belief as to the truth or falsity of the allegations set forth in Paragraph 17 of the Complaint, and thereby denies the same.

18.      Prudential states that no response is required as the allegations set forth in Paragraph 18 of the Complaint state a legal conclusion. To the extent a response is deemed required, Prudential denies the allegations set forth in Paragraph 18 of the Complaint and affirmatively states that Prudential, as neutral stakeholder of the proceeds at issue, remains ready, willing, and able to interplead the proceeds with the Registry of the Court so that the Court may determine the respective rights of Cozad and Edwards.

19.      Prudential states that no response is required as the allegations set forth in Paragraph 19 of the Complaint state a legal conclusion. To the extent a response is deemed required, Prudential denies the allegations set forth in Paragraph 19 of the Complaint and affirmatively states that Prudential, as neutral stakeholder of the proceeds at issue, remains ready, willing, and able to interplead the proceeds with the Registry of the Court so that the Court may determine the respective rights of Cozad and Edwards.

20.     Prudential admits the allegations set forth in Paragraph 20 of the Complaint to the extent that they describe the relief Cozad is seeking.

## PRUDENTIAL'S AFFIRMATIVE DEFENSES

1.      The Complaint fails to state a claim upon which relief can be granted.

2.      The Complaint, and each purported cause of action contained therein, fails to state a cause of action because the injuries and damages purportedly incurred by Cozad are not the result of any acts, omissions, or other conduct of Prudential, or any of its agents or employees.

3.      Cozad's claims are barred because Prudential's actions were made in good faith, were reasonable, were based on substantial evidence, and were not arbitrary or capricious.

4.      Cozad's claims are barred by the terms of a written contract and applicable disclaimers and limitations on services to be rendered by Prudential and others.

5.      Prudential has fully performed its contractual duties in all respects.

6.      Cozad may not be entitled to the proceeds at issue pursuant to the terms of the Plan, other superseding factors and/or applicable law.

7.      Cozad's claims are preempted and subject to dismissal, in whole or in part, pursuant to 28 U.S.C. § 1331 and 29 U.S.C. §1132(a)(2) of the Employee Retirement Income Security Act of 1974 ("ERISA").

8.      Prudential, as neutral stakeholder of the proceeds at issue, is prepared to pay the proceeds to the rightful beneficiary or beneficiaries once they have been established. Accordingly, Prudential seeks to interplead the proceeds at issue with the Court so that the funds may be distributed once the Court has determined the rightful beneficiary or beneficiaries, or otherwise distribute the proceeds in accordance with the Court's directive.

9.      Prudential reserves the right to rely upon such other and further affirmative defenses as may be supported by the facts to be determined by complete and full discovery.

**WHEREFORE**, Prudential prays that the Court enter judgment:

(a)      dismissing Cozad's Complaint to the extent it seeks relief against Prudential other than, or in addition to, payment by Prudential of the proceeds at issue; and

(b)      awarding Prudential any other and further relief that this Court deems just and proper.

## PRUDENTIAL'S COUNTERCLAIM AND CROSS-CLAIM
## FOR RELIEF IN INTERPLEADER

The Prudential Insurance Company of America ("Prudential"), by and through its undersigned counsel, for its Counterclaim and Cross-Claim for Relief in Interpleader, alleges as follows:

### PARTIES

1.      Prudential is an insurance company organized and existing under the laws of the State of New Jersey with its principal place of business in Newark, New Jersey. Prudential is duly authorized to do business in the State of Illinois.

2.      Counter-Defendant Brienna M. Cozad ("Cozad") is an adult resident of Fulton County, Illinois.

3.      Upon information and belief, Cross-Defendant Tommy L. Edwards n/k/a Jared Edwards ("Edwards") is an adult resident of Clinton County, Iowa.

### JURISDICTION AND VENUE

4.      This Court has jurisdiction under 29 U.S.C. §§ 1132(e) and (f) which gives the District Court jurisdiction to hear civil actions relating to benefits due under the terms of an employee welfare benefit plan brought by, among other parties, a fiduciary. The group life insurance coverage at issue in this action is provided pursuant to an employee welfare benefit

6

plan governed by the Employee Retirement Income Security Act of 1974 ("ERISA"). This basis for jurisdiction is consistent with general federal question jurisdiction under 28 U.S.C. § 1331, which gives the District Court jurisdiction over actions that arise under the laws of the United States. For the purpose of processing this claim, Prudential had a degree of discretionary authority consistent with the definition of fiduciary set forth in 29 U.S.C. § 1002 (21)(A)(iii).

5.     Venue is proper in this federal district pursuant to 28 U.S.C. § 1391(b)(2) because a substantial part of the events or omissions giving rise to the claim occurred in this district.

## CAUSE OF ACTION IN INTERPLEADER

6.     Prudential issued group life insurance contract number G-50318 to Cook Group Incorporated (the "Plan"). *A copy of the Plan is attached hereto as* **Exhibit A**.

7.     As an eligible employee of Cook Group Incorporated, at all times relevant, William T. Edwards (the "Insured") received life insurance coverage under to the Plan.

8.     The Insured did not submit any beneficiary designations to his coverage under the Plan.

9.     Upon information and belief, the Insured died on or about April 9, 2023. *A copy of the Insured's Certification of Death is attached hereto as* **Exhibit B**.

10.     As a result of the death of the Insured, Plan death benefits in the amount of $75,000.00 (the "Death Benefit") became due to a beneficiary or beneficiaries, and Prudential concedes liability to that effect.

11.     The Plan's beneficiary rules provide, in relevant part, that "[a]ny amount of insurance under a Coverage for which there is no Beneficiary at your death will be payable to the first of the following: your (a) surviving spouse; (b) surviving child(ren) in equal shares; (c) surviving parents in equal shares …" *See Exhibit A at 58*.

12.     Upon information and belief, the Insured is survived by his parents, Cozad and Edwards.

13.     By "Assignment and Release" form dated April 19, 2023 (the "Assignment"), Cozad assigned $8,082.00 of the Death Benefit to Sedgwick Funeral Home for services rendered in connection with the Insured's final arrangements. *A copy of the Assignment is attached hereto as **Exhibit C***.

14.     By "Preferential Beneficiary's Statement" form dated April 25, 2023, Cozad asserted a claim for the Death Benefit. *A copy of the Preferential Beneficiary's Statement form dated April 25, 2023 is attached hereto as **Exhibit D***.

15.     On or about May 9, 2023, Prudential disbursed $8,082.00[1] to Sedgwick Funeral Home in satisfaction of the Assignment and $29,418.00 to Cozad, representing her undisputed 50% share of the Death Benefit, less $8,082.00 disbursed to Sedgwick Funeral Home.

16.     As a result of the disbursements to Sedgwick Funeral Home and Cozad, there remains $37,500.00 of the Death Benefit due (the "Remaining Death Benefit"), representing the 50% share to which Edwards would be entitled pursuant to the Plan's beneficiary rules. *See Exhibit A at 58*.

17.     On or about June 23, 2023, Cozad filed a Petition for Declaratory Judgment in the Circuit Court of the Ninth Judicial Circuit for Fulton County, Illinois captioned, *Brienna M. Cozad v. Tommy L. Edwards n/k/a Jared Edwards, et al.*, and bearing case number 2023-LA-10 (the "State Court Action") seeking, *inter alia*, a judgment declaring Cozad to be the sole beneficiary or the sole payee and ordering that all sums of money due and payable under the

---

[1] The funds paid to Sedgwick Funeral Home were deducted from Cozad's undisputed 50% share of the Death Benefit.

Plan be paid to Cozad on the grounds that Edwards is in arrears to Cozad as a result of past due child support payments. (*See* ECF Doc. 1 at 9.)

18.    On or about September 7, 2023, the State Court Action was removed to this United States District Court. (ECF Doc. 1.)

19.    There have been no other claims for the Remaining Death Benefit. Under the circumstances, Prudential cannot determine factually or legally who is entitled to the Remaining Death Benefit. By reason of the actual or potential claims of Cozad and Edwards (the "Adverse Claimants"), Prudential is or may be exposed to multiple liability.

20.    Prudential is ready, willing, and able to pay the Remaining Death Benefit, plus applicable interest, if any, in accordance with the terms of the Plan to whomever this Court shall designate.

21.    As a mere stakeholder, Prudential has no interest (except to recover its attorneys' fees and cost of this action) in the Remaining Death Benefit and respectfully requests that this Court determine to whom the Remaining Death Benefit should be paid.

22.    Prudential accordingly seeks to deposit into the Court the Remaining Death Benefit, plus applicable interest, if any, for disbursement in accordance with the judgment of this Court.

23.    Prudential has not brought these claims for Interpleader at the request of any of the Adverse Claimants. There is no fraud or collusion between Prudential and any of the Adverse Claimants.  Prudential brings these claims for Relief in Interpleader of its own free will and to avoid being vexed and harassed by conflicting and multiple claims.

**WHEREFORE**, Prudential prays that the Court enter judgment:

(a)    dismissing Cozad's Complaint to the extent it seeks relief against Prudential other than, or in addition to, payment by Prudential of the Remaining Death Benefit;

(b)     requiring the Adverse Claimants to settle and adjust between themselves, or upon their failure to do so, this Court settle and adjust the claims and determine to whom the Remaining Death Benefit should be paid;

(c)     enjoining the Adverse Claimants from instituting or prosecuting any proceeding in any state or United States court in connection with payment of the Death Benefit, Remaining Death Benefit or otherwise in connection with the Insured's coverage under the Plan;

(d)     permitting Prudential to deposit the amount of the Remaining Death Benefit, plus applicable claim interest, if any, into the Court or as this Court otherwise directs to be subject to the Order of this Court and to be paid out as this Court shall direct;

(e)     discharging Prudential from any and all further liability to the Adverse Claimants that relate in any way to the Death Benefit, the Remaining Death Benefit and/or the Insured's coverage under the Plan upon payment of the Remaining Death Benefit into the Registry of this Court or as otherwise directed by this Court;

(f)     dismissing with prejudice Prudential from this action following deposit of the Remaining Death Benefit with the Registry of the Court or as otherwise directed by this Court;

(g)     awarding Prudential its attorneys' fees and costs in their entirety; and

(h)     awarding Prudential any other and further relief that this Court deems just and proper.

Dated: October 16, 2023                          Respectfully submitted,

                                                 */s/ Heather D. Erickson*
                                                 *Counsel for Defendant The Prudential*
                                                 *Insurance Company of America*
                                                 Heather D. Erickson (#6269711)
                                                 Sanchez Daniels & Hoffman LLP
                                                 333 W. Wacker Dr., Suite 500
                                                 Chicago, Illinois 60606
                                                 (312) 641-1555
                                                 herickson@sanchezdh.com

# Cook Group Incorporated

**Employee Term Life Coverage**

**Basic and Optional Plans**

**Dependents Term Life Coverage**

**Accidental Death and Dismemberment Coverage**

**Basic and Optional Plans**



# Disclosure Notice

**FOR ARKANSAS RESIDENTS**

Prudential's Customer Service Office:

> The Prudential Insurance Company of America
> Prudential Group Life Claim Division
> P.O. Box 8517
> Philadelphia, PA  19176
> 1-800-524-0542

If Prudential fails to provide you with reasonable and adequate service, you may contact:

> Arkansas Insurance Department
> Consumer Services Division
> 1200 West Third Street
> Little Rock, Arkansas  72201-1904
> 1-800-852-5494

**FOR FLORIDA RESIDENTS**

The benefits of the policy providing your coverage are governed by the law of a state other than Florida.

**FOR IDAHO RESIDENTS**

If you need the assistance of the governmental agency that regulates the business of insurance, you can contact the Idaho Department of Insurance by contacting:

> Idaho Department of Insurance
> Consumer Affairs
> 700 W State Street, 3rd Floor
> PO Box 83720
> Boise ID 83720-0043
>
> 1-800-721-3272 or 208-334-4250 or www.DOI.Idaho.gov

**FOR INDIANA RESIDENTS**

**Questions regarding your policy or coverage should be directed to:**

   **The Prudential Insurance Company of America**
   **(800) 524-0542**

If you (a) need the assistance of the governmental agency that regulates insurance; or (b) have a complaint you have been unable to resolve with your insurer you may contact the Department of Insurance by mail, telephone or e-mail:

   State of Indiana Department of Insurance
   Consumer Services Division
   311 West Washington Street, Suite 300
   Indianapolis, Indiana  46204

   Consumer Hotline: (800) 622-4461; (317) 232-2395

   Complaints can be filed electronically at www.in.gov/idoi.


**FOR MARYLAND RESIDENTS**

**The Group Insurance Contract providing coverage under this Certificate was issued in a jurisdiction other than Maryland and may not provide all of the benefits required by Maryland law.**

**FOR NORTH CAROLINA RESIDENTS**

**Notice:  This Certificate of Insurance provides all of the benefits mandated by the North Carolina Insurance Code, but is issued under a group master policy located in another state and may be governed by that state's laws.**

**FOR TEXAS RESIDENTS**

**THE INSURANCE POLICY UNDER WHICH THIS CERTIFICATE IS ISSUED IS NOT A POLICY OF WORKERS' COMPENSATION INSURANCE.  YOU SHOULD CONSULT YOUR EMPLOYER TO DETERMINE WHETHER YOUR EMPLOYER IS A SUBSCRIBER TO THE WORKERS' COMPENSATION SYSTEM.**


**FOR WISCONSIN RESIDENTS**


**KEEP THIS NOTICE WITH YOUR INSURANCE PAPERS**


Problems with Your Insurance? - If you are having problems with your insurance company or agent, do not hesitate to contact the insurance company or agent to resolve your problem.

**Prudential's Customer Service Office:**

**The Prudential Insurance Company of America**
**Prudential Group Life Claim Division**
**P.O. Box 8517**
**Philadelphia, PA  19176**
**1-800-524-0542**

You can also contact the **OFFICE OF THE COMMISSIONER OF INSURANCE,** a state agency which enforces Wisconsin's insurance laws, and file a complaint.  You can file a complaint electronically with the **OFFICE OF THE COMMISSIONER OF INSURANCE** at its website at *http://oci.wi.gov/,* or by contacting:

Office of the Commissioner of Insurance
Complaints Department
P.O. Box 7873
Madison, WI 53707-7873
1-800-236-8517
608-266-0103

**THIS NOTICE IS FOR TEXAS RESIDENTS ONLY**

### IMPORTANT NOTICE

To obtain information or make a complaint:

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights or complaints at:

**1-800-252-3439**

You may write the Texas Department of Insurance:

P.O. Box 149104
Austin, TX 78714-9104
Fax: (512) 490-1007

Web:  http://www.tdi.texas.gov

Email:  consumerprotection@tdi.texas.gov

### PREMIUM OR CLAIM DISPUTES:

Should you have a dispute concerning your premium or about a claim you should contact Prudential first.  If the dispute is not resolved, you may contact the Texas Department of Insurance.

### ATTACH THIS NOTICE TO YOUR POLICY:

This notice is for information only and does not become a part or condition of the attached document.

### AVISO IMPORTANTE

Para obtener información o para someter una queja:

Puede comunicarse con el Departamento de Seguros de Texas para obtener información acerca de compañías, coberturas, derechos o quejas al:

**1-800-252-3439**

Puede escribir al Departamento de Seguros de Texas:

P.O. Box 149104
Austin, TX 78714-9104
Fax: (512) 490-1007

Web:  http://www.tdi.texas.gov

Email:  consumerprotection@tdi.texas.gov

### DISPUTAS SOBRE PRIMAS O RECLAMOS:

Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con Prudential primero.  Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

### UNA ESTE AVISO A SU POLIZA:

Este aviso es sólo para propósito de información y no se convierte en parte o condición del documento adjunto.

83500
TXN 1005

(S-1)

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA**

# Certificate of Coverage

**Prudential** certifies that insurance is provided according to the Group Contract(s) for each Insured Employee.  Your Booklet's Schedule of Benefits shows the Contract Holder and the Group Contract Number(s).

Insured Employee:  You are eligible to become insured under the Group Contract if you are in the Covered Classes of the Booklet's Schedule of Benefits and meet the requirements in the Booklet's Who is Eligible section.  The When You Become Insured section of the Booklet states how and when you may become insured for each Coverage.  Your insurance will end when the rules in the When Your Insurance Ends section so provide.  Your Booklet and this Certificate of Coverage together form your Group Insurance Certificate.

Beneficiary for Employee Death Benefits:  See the Booklet's Beneficiary Rules.

Coverages and Amounts:  The available Coverages and the amounts of insurance are described in the Booklet.

If you are insured, your Booklet and this Certificate of Coverage form your Group Insurance Certificate.  Together they replace any older booklets and certificates issued to you for the Coverages in the Booklet's Schedule of Benefits.  All Benefits are subject in every way to the entire Group Contract which includes the Group Insurance Certificate.

The Prudential Insurance Company of America
751 Broad Street
Newark, New Jersey 07102

83500
BCT 5020

1

(S-1)

# Foreword

*We are pleased to present you with this Booklet. It describes the Program of benefits we have arranged for you and what you have to do to be covered for these benefits.*

*We believe this Program provides worthwhile protection for you and your family.*

*Please read this Booklet carefully. If you have any questions about the Program, we will be happy to answer them.*

***IMPORTANT NOTICE:*** *This Booklet is an important document and should be kept in a safe place. This Booklet and the Certificate of Coverage made a part of this Booklet together form your Group Insurance Certificate.*

***IMPORTANT INFORMATION FOR RESIDENTS OF CERTAIN STATES:*** *There are state-specific requirements that may change the provisions under the Coverage(s) described in this Group Insurance Certificate. If you live in a state that has such requirements, those requirements will apply to your Coverage(s) and are made a part of your Group Insurance Certificate. Prudential has a website that describes these state-specific requirements. You may access the website at www.prudential.com/etonline. When you access the website, you will be asked to enter your state of residence and your Access Code.* ***Your Access Code is 50318.***

*If you are unable to access this website, want to receive a printed copy of these requirements or have any questions, call Prudential at 1-866-439-9026.*

# Table of Contents

CERTIFICATE OF COVERAGE..............................................................................1

FOREWORD.......................................................................................................2

SCHEDULE OF BENEFITS...................................................................................4

WHO IS ELIGIBLE TO BECOME INSURED..........................................................11

WHEN YOU BECOME INSURED........................................................................13

DELAY OF EFFECTIVE DATE.............................................................................15

EMPLOYEE TERM LIFE COVERAGE....................................................................16

OPTION TO ACCELERATE PAYMENT OF DEATH BENEFITS.................................19

RIGHT TO ELECT TERM LIFE COVERAGE UNDER THE PORTABILITY PLAN............21

RIGHT TO ELECT TERM LIFE COVERAGE UNDER THE PORTABILITY PLAN............23

OPTIONAL DEPENDENTS TERM LIFE COVERAGE...............................................25

OPTION TO ACCELERATE PAYMENT OF DEATH BENEFITS.................................28

BASIC ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE.........................33

ADDITIONAL BENEFITS UNDER BASIC ACCIDENTAL DEATH AND DISMEMBERMENT .........37
COVERAGE

OPTIONAL ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE....................41

HAZARD PROVISIONS UNDER OPTIONAL ACCIDENTAL DEATH AND ....................45
DISMEMBERMENT COVERAGE

ADDITIONAL BENEFITS UNDER OPTIONAL ACCIDENTAL DEATH AND ...................47
DISMEMBERMENT COVERAGE

DEFINITIONS UNDER ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE...................51

RIGHT TO ELECT ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE UNDER ...........53
THE PORTABILITY PLAN

RIGHT TO ELECT ACCIDENT COVERAGE FOR YOUR DEPENDENTS UNDER THE ...................55
PORTABILITY PLAN

GENERAL INFORMATION.................................................................................58

WHEN YOUR INSURANCE ENDS.......................................................................65

# Schedule of Benefits

**Covered Classes:**  The "Covered Classes" are these Employees of the Contract Holder (and its Associated Companies):  All Employees in active employment in the United States with the Employer, excluding French Lick Resort and Casino Employees and West Baden Employees employed by Blue Sky Casino, LLC and variable hour and seasonal Employees.

**Program Date:**  January 1, 2022.  This Booklet describes the benefits under the Group Program as of the Program Date.

- This Booklet and the Certificate of Coverage together form your Group Insurance Certificate. The Coverages in this Booklet are insured under a Group Contract issued by Prudential.  All benefits are subject in every way to the entire Group Contract which includes the Group Insurance Certificate.  It alone forms the agreement under which payment of insurance is made.

## BASIC EMPLOYEE TERM LIFE COVERAGE

**BENEFIT AMOUNTS:**

**Amount For Each Benefit Class:**

| Benefit Classes | Amount of Insurance |
|---|---|
| All Employees whose annual Earnings are less than or equal to $50,000 | $75,000 |
| All Employees whose annual Earnings are greater than $50,000 | 1.5 times your annual Earnings.  If this amount is not a multiple of $500, it will be rounded to the next higher multiple of $500. |
|  | Maximum Amount: $250,000. |

The Definitions section explains what "Earnings" means.

**Amount Limit Due to Age:**  When you are age 70 or more, your amount of insurance is limited.  It is the Limited Percent (for that Age) of the amount for which you would then be insured if there were no limitation.  Each Age and the Limited Percent for that Age are shown below.

| Age | Limited Percent |
|---|---|
| 70 | 65 |
| 75 and more | 50 |

The Limited Percent for an Age takes effect on the day you become insured if you are then that Age.

The Delay of Effective Date section does not apply to this Amount Limit Due to Age provision.

**Effect of Option to Accelerate Payment of Death Benefits:**  Your amount of insurance (as determined in the absence of this provision) will be reduced by the amount of any Terminal Illness Proceeds paid under the Option to Accelerate Payment of Death Benefits.

## OPTIONAL EMPLOYEE TERM LIFE COVERAGE

You may enroll for one of the options below.  The option for which you enroll will be recorded by your Employer and reported to Prudential.

**BENEFIT AMOUNTS:**

**Amount For Each Benefit Class:**

| Benefit Classes | Amount of Insurance |
| --- | --- |
| All Employees | Any multiple of $10,000. |

Maximum Amount:  the lesser of (1) and (2):

(1)  8 times annual Earnings.  If this amount is not a multiple of $10,000, it will be rounded to the next higher multiple of $10,000.

(2)  $750,000.

The Definitions section explains what "Earnings" means.

**Non-medical Limit on Amount of Insurance:**  There is a limit on the amount for which you may be insured without submitting evidence of insurability.  This is called the Non-medical Limit.

If the amount of insurance for your Class and age at any time is more than the Non-medical Limit, you must give evidence of insurability satisfactory to Prudential before the part over the Limit can become effective.

This requirement applies:  when you first become insured; when your Class changes; if you request an increase in your Amount of Insurance; or if the amount for your Class is changed by an amendment to the Group Contract.  Even if you are insured for an amount over the Limit, you will still have to meet this evidence requirement before any increase in your amount of insurance can become effective.  The amount of your insurance will be increased to the amount for your Class and age when Prudential decides the evidence is satisfactory and you meet the Active Work Requirement.

Non-medical Limit: $500,000.  If the Amount Limit for this Coverage applies at any time to your amount of insurance, that Limit will also apply to the Non-medical Limit as if it were an amount of insurance.

The Delay of Effective Date section does not apply to this Non-medical Limit on Amount of Insurance provision.

**Increases and Decreases:**  You may elect to have your amount of insurance under the Coverage changed within 31 days of a Life Event.  You must do this on the Contract Holder's approved benefits enrollment web site or on a form approved by Prudential and agree to make any required contributions.

If you request an increase, you must give evidence of insurability.  The amount of your insurance will be increased when Prudential decides the evidence is satisfactory and you meet the Active Work Requirement.

If you request a decrease, the amount of your insurance will be decreased on the date of your written request.

The "Definitions" section explains what "Life Event" means.

**Changing Plans at Annual Enrollment:** You may elect to have your amount of insurance under the Coverage changed during the Annual Enrollment Period. You must do this on the Contract Holder's approved benefits enrollment web site or on a form approved by Prudential and agree to make any required contributions.

You must give evidence of insurability if you request an increase of more than $40,000. Changes will become effective on the date designated by the Employer. But an increase, which is subject to evidence, will be effective on the date Prudential decides the evidence is satisfactory, if this date is later. The Delay of Effective Date section applies to all changes except decreases.

Any Non-medical Limit will apply to an increase of more than $40,000.

The "Definitions" section explains what "Life Event" and "Annual Enrollment Period" means.

**Amount Limit Due to Age:** When you are age 70 or more, your amount of insurance is limited. It is the Limited Percent (for that Age) of the amount for which you would then be insured if there were no limitation. Each Age and the Limited Percent for that Age are shown below.

| Age | Limited Percent |
| --- | --- |
| 70 | 65 |
| 75 and more | 50 |

The Limited Percent for an Age takes effect on the day you become insured if you are then that Age.

The Delay of Effective Date section does not apply to this Amount Limit Due to Age provision.

**Effect of Option to Accelerate Payment of Death Benefits:** Your amount of insurance (as determined in the absence of this provision) will be reduced by the amount of any Terminal Illness Proceeds paid under the Option to Accelerate Payment of Death Benefits.

## OPTIONAL DEPENDENTS TERM LIFE COVERAGE

The amount of insurance is the amount for your Benefit Class. You may enroll your Qualified Dependents for the plan shown below. If you may choose the amount of insurance or if there are options from which to select, the amount for which you enroll will be recorded by your Employer and reported to Prudential. Your Benefit Class is determined by the classification of your dependents and the amount for which you enroll as shown in this table.

| Qualified Dependents Classification | Amount of Insurance* |
| --- | --- |
| Your Spouse | Any multiple of $5,000. |
| | Maximum Amount: $250,000. |
| Your Children | Any multiple of $2,000. |

Maximum Amount:  $10,000.

- During the Life Event enrollment period, the Amount of Insurance for your Children will be $2,000.

* The amount of insurance on a dependent Spouse will not exceed 50% of the amount for which you are insured under the Optional Employee Term Life Coverage.

**Non-medical Limit on Amount of Insurance for Your Spouse:**  There is a limit on the amount for which your Spouse may be insured without submitting evidence of insurability.  This is called the Non-medical Limit.

If you elect an amount of Dependents Term Life Coverage for your Spouse above the Non-medical Limit, you must give evidence of insurability for your Spouse satisfactory to Prudential before the part over the Limit can become effective.  The amount of your Spouse's insurance will be increased when Prudential decides the evidence is satisfactory and your Spouse is not home or hospital confined for medical care or treatment.  This requirement applies:  when your Spouse first becomes insured, or if you elect to have your Spouse's amount of Dependents Term Life Coverage increased.

Non-medical Limit: $25,000.  If the Amount Limit for this Coverage applies at any time to your Spouse's amount of insurance, that Limit will also apply to the Non-medical Limit as if it were an amount of insurance.

The Delay of Effective Date section does not apply to this Non-medical Limit on Amount of Insurance for Your Spouse provision.

**Increases and Decreases:**  You may elect to have the amount of insurance on your dependents changed.  You must do this on the Contract Holder's approved benefits enrollment web site or on a form approved by Prudential and agree to make any required contributions.

If you request an increase in the amount of insurance on your Spouse, you must give evidence of insurability for your Spouse.  The amount of insurance on your Spouse will be increased when Prudential decides the evidence is satisfactory and your Spouse is not home or hospital confined for medical care or treatment.

If you request an increase in the amount of insurance on a dependent child, the amount of insurance on that child will be increased on the date of your written request or, if later, when that child is not home or hospital confined for medical care or treatment.  Evidence of insurability is not required for an increase in the amount of insurance on a child.

If you request a decrease in the amount of insurance on a dependent, the amount of insurance on that dependent will be decreased on the date of your written request.

**Amount Limit Due to Age:**  When your Spouse is age 70 or more, your Spouse's amount of insurance is limited.  It is the Limited Percent (for that Age) of the amount for which your Spouse would then be insured if there were no limitation.  Each Age and the Limited Percent for that Age are shown below.

| Age | Limited Percent |
| --- | --- |
| 70 | 65 |
| 75 and more | 50 |

The Delay of Effective Date section does not apply to this Amount Limit Due to Age provision.

**Effect of Option to Accelerate Payment of Death Benefits for your Spouse:**  The amount of insurance (as determined in the absence of this provision) will be reduced by the amount of any Terminal Illness Proceeds paid under the Option to Accelerate Payment of Death Benefits with respect to the dependent.

## BASIC ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE

### BENEFIT AMOUNTS UNDER EMPLOYEE INSURANCE:

**Amount For Each Benefit Class:**  An amount equal to the amount for which you are insured under the Basic Employee Term Life Coverage.  For this purpose only, that amount will be the amount as determined above, except that if your Basic Employee Term Life Coverage is reduced by any amount paid under the Option to Accelerate Payment of Death Benefits, that reduction will not apply to this Coverage.

## OPTIONAL ACCIDENTAL DEATH AND DISMEMBERMENT COVERAGE

### BENEFIT AMOUNTS UNDER EMPLOYEE INSURANCE:

You may enroll for one of the options below.  The option for which you enroll will be recorded by your Employer and reported to Prudential.

Amount For Each Benefit Class:

| Benefit Classes | Amount of Insurance |
|---|---|
| All Employees | Any multiple of $10,000. |

Maximum Amount:  the lesser of (1) and (2):

(1)  5 times your annual Earnings.  If this amount is not a multiple of $500, it will be rounded to the next higher multiple of $500.

(2)  $500,000.

The Definitions section explains what "Earnings" means.

**Amount Limit Due to Age:**  When you are age 70 or more, your amount of insurance is limited.  It is the Limited Percent (for that Age) of the amount for which you would then be insured if there were no limitation.  Each Age and the Limited Percent for that Age are shown below.

| Age | Limited Percent |
|---|---|
| 70 | 65 |
| 75 and more | 50 |

The limited Percent for an Age takes effect on the day you become insured if you are then that Age.

The Delay of Effective Date section does not apply to this Amount Limit Due to Age provision.

**BENEFIT AMOUNTS UNDER DEPENDENTS INSURANCE:**

| Qualified Dependents Classification | Amount of Insurance* |
|---|---|
| Your Spouse | Any multiple of $5.000 |
| | Maximum Amount: $250,000. |
| Your children | Any multiple of $2.000. |
| | Maximum Amount: $10,000. |

\* The amount of insurance on a dependent Spouse will not exceed 50% of the amount for which you are insured under the Optional Accidental Death and Dismemberment Coverage.

**Amount Limit Due to Age:** When your spouse is age 70 or more, your spouse's amount of insurance is limited. It is the Limited Percent (for that Age) of the amount for which your spouse would then be insured if there were no limitation. Each Age and the Limited Percent for that Age are shown below.

| Age | Limited Percent |
|---|---|
| 70 | 65 |
| 75 and more | 50 |

## OTHER INFORMATION

**Contract Holder:** COOK GROUP INCORPORATED

**Group Contract No.:** G-50318-IN

**Associated Companies:** Associated Companies are employers who are the Contract Holder's subsidiaries or affiliates and are reported to Prudential in writing for inclusion under the Group Contract, provided that Prudential has approved such request.

**Cost of Insurance:** Insurance under the Coverage(s) listed below is Non-Contributory Insurance.

Basic Employee Term Life Coverage

Basic Accidental Death and Dismemberment Coverage

Insurance under the other Coverage(s) in this Booklet is Contributory Insurance. You will be informed of the amount of your contribution when you enroll. Any contribution due but unpaid at your death will be deducted from the death benefit.

**Prudential's Address:**

The Prudential Insurance Company of America
80 Livingston Avenue
Roseland, New Jersey 07068

## WHEN YOU HAVE A CLAIM

Each time a claim is made, it should be made without delay.  Use a claim form, and follow the instructions on the form.

If you do not have a claim form, contact your Employer.

———————————————

# Who is Eligible to Become Insured

## FOR EMPLOYEE INSURANCE

**You are eligible to become insured for Employee Insurance while:**

- You are a full-time Employee of the Employer; and

- You are in a Covered Class; and

- You have completed the Employment Waiting Period, if any.  You may need to work for the Employer for a continuous full-time period before you become eligible for the Coverage.  The period must be agreed upon by the Employer and Prudential.  Your Employer will inform you of any such Employment Waiting Period for your class.

**You are full-time** if you are regularly working for the Employer at least the number of hours in the Employer's normal full-time work week for your class, but not less than 28 hours per week.  If you are a partner or proprietor of the Employer, that work must be in the conduct of the Employer's business.

**Your class** is determined by the Contract Holder.  This will be done under its rules, on dates it sets.  The Contract Holder must not discriminate among persons in like situations.  You cannot belong to more than one class for insurance on each basis, Contributory or Non-contributory Insurance, under a Coverage.  "Class" means Covered Class, Benefit Class or anything related to work, such as position or Earnings, which affects the insurance available.

**This applies if you are an Employee of more than one subsidiary or affiliate of an employer included under the Group Contract:**  For the insurance, you will be considered an Employee of only one of those subsidiaries or affiliates.  Your service with the others will be treated as service with that one.

The rules for obtaining Employee Insurance are in the When You Become Insured section.

## FOR DEPENDENTS INSURANCE

**You are eligible to become insured for Dependents Insurance while:**

- You are eligible for Employee Insurance; and

- You have a Qualified Dependent.

**Qualified Dependents:**

**These are the persons for whom you may obtain Dependents Insurance:**

- A person who is your Spouse prior to their enrollment for Dependents Insurance.

  Your Spouse means your lawful Spouse.

- For Dependents Term Life Coverage, your Child(ren) less than 26 years old.
- For accident Coverage, your Child(ren) less than 26 years old.

  Your Child(ren) include your:

83500
BEL 5227

(50318-50)

(1)  Biologic child(ren);

(2)  Legally adopted children, children placed with you for adoption prior to legal adoption, and each of your stepchildren.  A child placed with you for adoption prior to legal adoption is considered your Qualified Dependent from earlier of:

    (a)  the date the child is placed with you for the purpose of adoption; or

    (b)  the date of the entry of an order granting the adoptive parent custody of the child for purposes of adoption;

(3)  Foster children; and

(4)  Child(ren) for whom you or your Spouse

    (a)  have been appointed the legal guardian;

    (b)  claim as a dependent on your or your Spouse's federal income tax returns.

A Child who is your or your Spouse's ward under a legal guardianship will be considered a Qualified Dependent from the effective date of court order granting the legal guardianship, and is treated as though the Child was your newborn Child.

- **Your Incapacitated Children.**

Your Incapacitated Children means each Child (as defined above) who satisfies all of the following:

(1)  Your Child is incapable of self-sustaining employment because of a mental or physical Injury or Illness.

(2)  Your Child is so incapacitated before the Child reaches the age limit for a Qualified Dependent Child.

You must provide Prudential with satisfactory proof that your Child satisfies the above conditions within 120 days of:

(1)  the covered Child's attainment of the age limit for a Qualified Dependent Child; or

(2)  the date you first become eligible for Coverage with respect to a Child over the age limit for a Qualified Dependent Child.

Periodically, Prudential may request that you provide proof that your Child continues to satisfy the above conditions.

Failure to provide the proof required or requested above will cause your Coverage with respect to that Child to end.

**Exceptions:**

For Dependents Term Life Coverage:

(1) Your Spouse or child is not your Qualified Dependent while on active duty in the armed forces of any country.

For accident Coverage:

(1) The age 26 limit does not apply to a child who:

(a) wholly depends on you for support and maintenance;

(b) is enrolled as a full-time student in a school; and

(c) is less than the Student Age Limit.

Student Age Limit: 27.

(2) Your Spouse or child is not your Qualified Dependent while on active duty in the armed forces of any country.

The rules for obtaining Dependents Insurance are in the When You Become Insured section.

# When You Become Insured

## FOR EMPLOYEE INSURANCE

Your Employee Insurance under a Coverage will begin the first day on which:

- You have enrolled, if the Coverage is Contributory; and

- You are eligible for Employee Insurance; and

- You are in a Covered Class for that insurance; and

- You have met any evidence requirement for Employee Insurance; and

- Your insurance is not being delayed under the Delay of Effective Date section below; and

- That Coverage is part of the Group Contract.

For Contributory Insurance, you must enroll on a form approved by Prudential and agree to pay the required contributions.  Your Employer will tell you whether contributions are required and the amount of any contribution when you enroll.

At any time, the benefits for which you are insured are those for your class, unless otherwise stated.

**When evidence is required:**  In any of these situations, you must give evidence of insurability.  This requirement will be met when Prudential decides the evidence is satisfactory.

(1) For Contributory Insurance, you enroll more than 31 days after you could first be covered, or more than 31 days after a Life Event.

(2) You enroll after any of your insurance under the Group Contract ends because you did not pay a required contribution.

(3) You wish to become insured for life insurance and have an individual life insurance contract which you obtained by converting your insurance under a Coverage of the Group Contract.

(4) You have not met a previous evidence requirement to become insured under any Prudential group contract for Employees of the Employer.

## FOR DEPENDENTS INSURANCE

Your Dependents Insurance under a Coverage for a person will begin the first day on which all of these conditions are met:

- You have enrolled for the person for Dependents Insurance under the Coverage, if the Coverage is Contributory.

- The person is your Qualified Dependent.

- You are in a Covered Class for that insurance.

- To be insured for a Qualified Dependent under the Optional Dependents Term Life Coverage, you must be insured under the Optional Employee Term Life Coverage of the Group Contract. To be insured for a Qualified Dependent under the accident Coverage, you must be insured for Employee Insurance if any, under the optional accident Coverage of the Group Contract.

- For Dependents Term Life Insurance, any evidence requirement for that Qualified Dependent has been met.

- Your insurance for that Qualified Dependent is not being delayed under the Delay of Effective Date section below.

- Dependents Insurance under that Coverage is part of the Group Contract.

For Contributory Insurance, you must enroll your Qualified Dependent on a form approved by Prudential and agree to pay the required contributions. Your Employer will tell you whether contributions are required and the amount of any contribution when you enroll your Qualified Dependent.

At any time, the Dependents Insurance benefits for which you are insured are those for your class, unless otherwise stated.

**When evidence is required for Dependents Term Life Insurance:** In any of these situations, evidence of insurability must be given for a Qualified Dependent Spouse. This requirement will be met when Prudential decides the evidence is satisfactory. Evidence is not required for a Qualified Dependent child.

(1) For Contributory Insurance, you enroll for Dependents Insurance under a Coverage more than 31 days after you are first eligible for Dependents Insurance.

(2) You enroll for Dependents Insurance after any insurance under the Group Contract ends because you did not pay a required contribution.

(3) The Qualified Dependent Spouse is a person for whom a previous requirement for evidence of insurability has not been met. The evidence was required for that person to become covered for

an insurance, as a dependent or an Employee.  That insurance is or was under any Prudential group contract for Employees of the Employer.

**Change in Family Status**:  It is important that you inform the Employer promptly when you first acquire or lose a Qualified Dependent.  You should also inform the Employer if your Dependents Insurance status changes from one to another of these categories:

- No Qualified Dependents.

- Qualified Dependent Spouse only.

- Qualified Dependent Spouse and Children.

- Qualified Dependent Children only.

If you are insured under a Coverage for one or more Children, you need not report additional Children.

Forms are available for reporting these changes.

# Delay of Effective Date

## FOR EMPLOYEE INSURANCE

Your Employee Insurance under a Coverage will be delayed if you do not meet the Active Work Requirement on the day your insurance would otherwise begin.  Instead, it will begin on the first day you meet the Active Work Requirement and the other requirements for the insurance.  The same delay rule will apply to any increase in your insurance that is subject to this section.  If you do not meet the Active Work Requirement on the day that an increase would take effect, it will take effect on the day you meet that requirement.

## FOR DEPENDENTS TERM LIFE COVERAGE

A Qualified Dependent may be confined for medical care or treatment, at home or elsewhere.  If a Qualified Dependent is so confined on the day that your Dependents Insurance under a Coverage for that Qualified Dependent, or any increase in that insurance that is subject to this section, would take effect, it will not then take effect.  The insurance or increase will take effect upon the Qualified Dependent's final medical release from all such confinement.  The other requirements for the insurance or increase must also be met.

Newborn child Exception:  This section does not apply to a child of yours if the child is born to you and either:

(1)  is your first Qualified Dependent; or

(2)  becomes a Qualified Dependent while you are insured for Dependents Insurance under that Coverage for any other Qualified Dependent.

Also, this section does not apply to any age increase in the amount of insurance for a child under the Dependents Term Life Coverage.

---

# Employee Term Life Coverage

**FOR YOU ONLY**

## A. DEATH BENEFIT WHILE A COVERED PERSON.

If you die while a Covered Person, the amount of your Employee Term Life Insurance under this Coverage is payable when Prudential receives written proof of death.

## B. DEATH BENEFIT DURING CONVERSION PERIOD.

A death benefit is payable under this Section B if you die:

(1)  within 31 days after you cease to be a Covered Person; and

(2)  while entitled (under Section D) to convert your Employee Term Life Insurance under this Coverage to an individual contract.

The amount of the benefit is equal to the amount of Employee Term Life Insurance under this Coverage you were entitled to convert.  It is payable even if you did not apply for conversion.  It is payable when Prudential receives written proof of death.

## C. EXTENDED DEATH BENEFIT AND WAIVER OF PREMIUMS DURING TOTAL DISABILITY.

If you meet the conditions below, your death benefit protection will be extended while you are Totally Disabled, and from the date Prudential receives proof as described below, premiums for your Employee Term Life Insurance under this Coverage will be waived while your death benefit protection is extended.  The "Extended Death Benefit" is the benefit described in this Section C.

The conditions referred to above are:

(1)  You become Totally Disabled while you are a Covered Person.

(2)  You are less than age 60 when your Total Disability starts.

Total Disability:  You are "Totally Disabled" when:

(1)  You are not working at any job for wage or profit; and

(2)  Due to Sickness, Injury or both, you are not able to perform for wage or profit, the material and substantial duties of any job for which you are reasonably fitted by your education, training or experience.

The extension ends one year after your Total Disability started, unless, within that year, you give Prudential written proof that:

(1)  You have met the above conditions; and

(2)  You are still Totally Disabled; and

(3)  Your Total Disability has continued for at least 6 months.

Prudential will then further extend your death benefit protection for successive one year periods.  The first of these periods will start on the date Prudential receives this proof.  After that first period, you must give written proof when and as required by Prudential once each year that your Total Disability continues.

If you die while your death benefit protection is being extended, the Extended Death Benefit is payable when Prudential receives written proof that:

(1)  Your Total Disability continued until your death; and

(2)  All of the above conditions have been met.

If you die within one year after your Total Disability started and before you give Prudential proof of Total Disability, written notice of your death must be given to Prudential within one year after your death.

Your extension protection ends if and when:

(1)  Your Total Disability ends; or

(2)  You reach age 65; or

(3)  You fail to furnish any required proof that your Total Disability continues; or

(4)  You fail to submit to a medical exam by Doctors named by Prudential when and as often as Prudential requires.  After two full years of this protection, Prudential will not require an exam more than once a year.

If your extension protection ends after you have given the first proof of continued Total Disability, you have the same rights and benefits under Sections B and D as if you ceased to be a member of the Covered Classes for the insurance.  But this does not apply if you become a Covered Person within 31 days after this protection ends.

**Amount of Extended Death Benefit**:  This amount is determined as if you had remained a Covered Person until death.  But it is reduced by any amount payable under Sections A or B above or any Prudential group life insurance that replaces this Coverage for a class of Employees.

**Effect of Conversion**:  An individual contract issued under Section D will be in place of all rights under this Section C.  But if you have met all the requirements of this Section C, you can obtain these rights in exchange for all benefits of the individual contract.  Premiums paid under the individual contract will be refunded.  Your choice of Beneficiary in the individual contract, if different than for this Coverage, will be considered notice of change of Beneficiary for any claim under this Section C.

## D.  CONVERSION PRIVILEGE.

If you cease to be insured for the Employee Term Life Insurance of the Group Contract for one of the reasons stated below, you may convert all or part of your insurance under this Coverage, which then ends, to an individual life insurance contract.  Evidence of insurability is not required.  The reasons are:

(1)  Your employment ends or you transfer out of a Covered Class.

(2)  All term life insurance of the Group Contract for your class ends by amendment or otherwise. But, on the date it ends, you must have been insured for five years for that insurance (or for that insurance and any Prudential rider or group contract replaced by that insurance).

Any such conversion is subject to the rest of this Section D.

**Availability:**  You must apply for the individual contract and pay the first premium by the later of:

(1)  the thirty-first day after you cease to be insured for the Employee Term Life Insurance; and

(2)  the fifteenth day after you have been given written notice of the conversion privilege.  But, in no event may you convert the insurance to an individual contract if you do not apply for the contract and pay the first premium prior to the ninety-second day after you cease to be insured for the Employee Term Life Insurance.

**Individual Contract Rules:**  The individual contract must conform to the following:

Amount:  Not more than your Employee Term Life Insurance under this Coverage when your insurance ends.  But, if it ends because all term life insurance of the Group Contract for your class ends, the total amount of individual insurance which you may get in place of all your life insurance then ending under the Group Contract will not exceed the lesser of the following:

(1)  The total amount of all your life insurance then ending under the Group Contract reduced by the amount of group life insurance from any carrier for which you are or become eligible within the next 31 days.

(2)  $10,000.

Form:  Any form of a life insurance contract that:

(1)  conforms to Title VII of the Civil Rights Act of 1964, as amended, having no distinction based on sex; and

(2)  is one that Prudential usually issues at the age and amount applied for.

This does not include term insurance or a contract with disability or supplementary benefits.

Premium:  Based on Prudential's rate as it applies to the form and amount, and to your class of risk and age at the time.

Effective Date:  The end of the 31 day period after you cease to be insured for the Employee Term Life Insurance.

---

Any death benefit provided under a section of this Coverage is payable according to that section and the Beneficiary and Mode of Settlement Rules.

---

# Option to Accelerate Payment of Death Benefits

**Note:  Any payment made under this option may be taxable.  You are advised to seek the help of a professional tax advisor for assistance with any questions that you may have.**

The following is added to the Employee Term Life Coverage provision:

**Definitions**

- Terminally Ill Employee:  An employee whose life expectancy is 6 months or less.

- Terminal Illness Proceeds:  The amount of Employee Term Life Insurance that you may elect to place under this option.  The Terminal Illness Proceeds are equal to 90% of the amount in force on your life on the date Prudential receives the proof that you are a Terminally Ill Employee, but not more than $500,000.  However, the Terminal Illness Proceeds may be reduced if, within 6 months after the date Prudential receives such proof, a reduction on account of age would have applied to the amount of your Employee Term Life Insurance.  In that case, the amount of the Terminal Illness Proceeds may not exceed the amount of such Insurance after applying the reduction.

**Option:**  If you become a Terminally Ill Employee while insured under the Employee Term Life Insurance provision or while your death benefit protection is being extended under the Employee Term Life Coverage provision, you may elect to have the Terminal Illness Proceeds placed under this option.  That election is subject to the conditions set forth below.

**Payment of Terminal Illness Proceeds:**  If you elect this option, Prudential will pay the Terminal Illness Proceeds you place under this option in one sum when it receives proof that you are a Terminally Ill Employee.

If you do not want the Terminal Illness Proceeds in one sum, you may elect to have them paid in 6 equal monthly installments.  The first monthly payment will be due when Prudential receives proof that you are a Terminally Ill Employee.  The other payments are due on the same day of each later month.

**To Whom Payable:**  The benefits under this provision are payable to you.

**Amount Due But Unpaid at Your Death:**  If you elect monthly installments and you die before all payments have been made, Prudential will pay your Beneficiary or Beneficiaries determined under the Beneficiary Rules in one sum.  That sum will be the total of the payments that remain.

**Conditions:**  Your right to be paid under this option is subject to these terms:

(1)  You must choose this option in writing in a form that satisfies Prudential.

(2)  You must furnish proof that satisfies Prudential that your life expectancy is 6 months or less, including certification by a Doctor.

(3)  Your Employee Term Life Insurance must not be assigned.

(4)  Terminal Illness Proceeds will be made available to you on a voluntary basis only.  Therefore:

(a) If you are required by law to use this option to meet the claims of creditors, whether in bankruptcy or otherwise, you are not eligible for this benefit.

(b) If you are required by a government agency to use this option in order to apply for, get or keep a government benefit or entitlement, you are not eligible for this benefit.

**Premium for Accelerated Payment of Death Benefits Option:** There is no additional charge for this option.

**Administrative Expense Charge:** There is no administrative expense charge to you; the administrative expense charge is paid by the Contract Holder.

**Effect on Insurance:** This benefit is in lieu of the benefits that would have been paid on your death with respect to the Terminal Illness Proceeds. When you elect this option, the total amount of Employee Term Life Insurance otherwise payable on your death, including any amount under an extended death benefit, will be reduced by the Terminal Illness Proceeds. Also, any amount you could otherwise have converted to an individual contract will be reduced by the Terminal Illness Proceeds.

---

# Right to Elect Term Life Coverage under the Portability Plan

This right applies to the Basic Employee Term Life Coverage under the Group Contract.

It describes when and how you may become covered for similar coverage under the Portability Plan when your Basic Employee Term Life Coverage under the Group Contract ends. The terms and conditions of the Portability Plan will not be the same as those under this Group Contract. The amount of insurance available under the Portability Plan may not be the same as the amount under this Group Contract.

## RIGHT TO APPLY FOR COVERAGE UNDER THE PORTABILITY PLAN

A right under this section is subject to the rest of these provisions.

You will have the right to apply for term life coverage under the Portability Plan if you meet all of these tests:

(1)  Your Basic Employee Term Life Coverage ends for any reason other than:

    (a)  your failure to pay, when due, any contribution required for it; or

    (b)  the end of the Coverage for all Employees when such Coverage is replaced by group life insurance from any carrier for which you are or become eligible within the next 31 days.

(2)  You meet the Active Work Requirement on the day your insurance ends.

(3)  You are less than age 80.

(4)  Your Amount of Insurance is at least $20,000 under the Basic Employee Term Life Coverage on the day your insurance ends.

## PORTABILITY APPLICATION PERIOD

You have the right to apply for coverage under the Portability Plan during the Portability Application Period. Evidence of insurability is required to become insured under the Portability Plan. This requirement will be met when Prudential decides the evidence is satisfactory.

The Portability Application Period is the 31 day period after your Basic Employee Term Life Coverage ends. But, if you have the right to convert your insurance under the Basic Employee Term Life Coverage to an individual contract, it is the longer of:

(1)  the 31 day period after your Coverage ends; and

(2)  the number of days during which you have the right to convert your insurance under the Coverage to an individual life insurance contract as shown in the Coverage.

## EFFECT OF CONVERSION PRIVILEGE

The right to elect coverage under the Portability Plan is provided in lieu of the conversion privilege described in the Basic Employee Term Life Coverage, except as follows:

(1)  You may convert your amount of insurance under the Basic Employee Term Life Coverage in excess of the maximum for term life coverage under the Portability Plan.  This maximum is the lesser of 5 times your annual Earnings and $1,000,000.

(2)  You may convert your insurance if you elected coverage under the Portability Plan, but Prudential decided that your evidence of insurability was not satisfactory.

If you elect to convert all of your insurance under the Basic Employee Term Life Coverage to an individual contract, you may not elect to apply for coverage under the Portability Plan.

If, during the Portability Application Period, you apply for coverage under the Portability Plan and then elect to convert all of your insurance under the Basic Employee Term Life Coverage to an individual contract, your coverage under the Portability Plan will not become effective.

The right to elect coverage under the Portability Plan does not affect your coverage under the Death Benefit During Conversion Period provision of the Basic Employee Term Life Coverage.

## TERMS AND CONDITIONS OF THE PORTABILITY PLAN

The form, amount, first premium, and effective date will be as stated below.

**Form and Amount:**  The form of term life coverage that Prudential then makes available under the Portability Plan.  The terms and conditions of that coverage will not be the same as the Basic Employee Term Life Coverage under the Group Contract.

Amount:  Not more than your amount of insurance under the Basic Employee Term Life Coverage when your insurance ends, but not less than $20,000.

The maximum amount of term life insurance under the Portability Plan is the lesser of 5 times your annual Earnings and $1,000,000.

**First Premium:**  The first premium is due to Prudential within 31 days of the date the first bill is issued.

**Effective Date:** The day after the Portability Application Period ends.

———————————————

# Right to Elect Term Life Coverage under the Portability Plan

This right applies to the Optional Employee Term Life Coverage under the Group Contract.

It describes when and how you may become covered for similar coverage under the Portability Plan when your Optional Employee Term Life Coverage under the Group Contract ends. The terms and conditions of the Portability Plan will not be the same as those under this Group Contract. The amount of insurance available under the Portability Plan may not be the same as the amount under this Group Contract.

## RIGHT TO APPLY FOR COVERAGE UNDER THE PORTABILITY PLAN

A right under this section is subject to the rest of these provisions.

You will have the right to apply for term life coverage under the Portability Plan if you meet all of these tests:

(1)   Your Optional Employee Term Life Coverage ends for any reason other than:

    (a)   your failure to pay, when due, any contribution required for it; or

    (b)   the end of the Coverage for all Employees when such Coverage is replaced by group life insurance from any carrier for which you are or become eligible within the next 31 days.

(2)   You meet the Active Work Requirement on the day your insurance ends.

(3)   You are less than age 80.

(4)   Your Amount of Insurance is at least $20,000 under the Optional Employee Term Life Coverage on the day your insurance ends.

## PORTABILITY APPLICATION PERIOD

You have the right to apply for coverage under the Portability Plan during the Portability Application Period. Evidence of insurability is not required to become insured under the Portability Plan. But, if you submit evidence and Prudential decides the evidence is satisfactory, you will pay lower premium rates.

The Portability Application Period is the 31 day period after your Optional Employee Term Life Coverage ends. But, if you have the right to convert your insurance under the Optional Employee Term Life Coverage to an individual contract, it is the longer of:

(1)   the 31 day period after your Coverage ends; and

(2)   the number of days during which you have the right to convert your insurance under the Coverage to an individual life insurance contract as shown in the Coverage.

## EFFECT OF CONVERSION PRIVILEGE

The right to elect coverage under the Portability Plan is provided in lieu of the conversion privilege described in the Optional Employee Term Life Coverage, except as follows:

(1)  You may convert your amount of insurance under the Optional Employee Term Life Coverage in excess of the maximum shown below.

(2)  You may convert your insurance if you elected coverage under the Portability Plan, but Prudential decided that your evidence of insurability was not satisfactory.

If you elect to convert all of your insurance under the Optional Employee Term Life Coverage to an individual contract, you may not elect to apply for coverage under the Portability Plan.

If, during the Portability Application Period, you apply for coverage under the Portability Plan and then elect to convert all of your insurance under the Optional Employee Term Life Coverage to an individual contract, your coverage under the Portability Plan will not become effective.

The right to elect coverage under the Portability Plan does not affect your coverage under the Death Benefit During Conversion Period provision of the Optional Employee Term Life Coverage.

## TERMS AND CONDITIONS OF THE PORTABILITY PLAN

The form, amount, first premium, and effective date will be as stated below.

**Form and Amount:**  The form of term life coverage that Prudential then makes available under the Portability Plan.  The terms and conditions of that coverage will not be the same as the Optional Employee Term Life Coverage under the Group Contract.

Amount:  Not more than your amount of insurance under the Optional Employee Term Life Coverage when your insurance ends, subject to these rules:

(1)  Minimum: The minimum amount of Optional Employee Term Life Coverage that may be ported is $20,000 less the amount ported under the Basic Employee Term Life Coverage.

(2)  Maximum: The maximum amount of Optional Employee Term Life Coverage that may be ported is (a) the lesser of 5 times your annual Earnings and $1,000,000 minus (b) the amount ported under the Basic Employee Term Life Coverage.

**First Premium:**  The first premium is due to Prudential within 31 days of the date the first bill is issued.

**Effective Date:** The day after the Portability Application Period ends.

———————————————

# Optional Dependents Term Life Coverage

**FOR YOUR DEPENDENTS ONLY**

### A.  DEATH BENEFIT WHILE A COVERED PERSON.

If a dependent dies while a Covered Person, the amount of insurance on that dependent under this Coverage is payable when Prudential receives written proof of death.

### B.  DEATH BENEFIT DURING A CONVERSION PERIOD.

A death benefit is payable under this Section B if a dependent dies:

(1)  within 31 days after ceasing to be a Covered Person; and

(2)  while entitled (under Section E) to a conversion of the insurance under this Coverage to an individual contract.

The amount of the benefit is equal to the amount of Dependents Term Life Coverage which could have been converted.  It is payable even if conversion was not applied for.  It is payable when Prudential receives written proof of death.

### C.  DEATH BENEFIT DURING LIFE EVENT ENROLLMENT PERIOD.

A death benefit is payable under this Section C if a Qualified Dependent Child dies:

(1)  within 31 days of you becoming eligible to enroll such child due to the following Life Event of birth or adoption of such Child; and

(2)  prior to actual enrollment as a Qualified Dependent.

The amount of the benefit is equal to the amount of Dependents Term Life Coverage shown in the Schedule of Benefits for death during a Life Event enrollment period.  It is payable when Prudential receives written proof of death even if the Child was not yet enrolled for Coverage.

If any premium is due for the Qualified Dependent Child at the time of claim, Prudential will reduce any benefit payable by the amount of such due premium applicable to the Qualified Dependent Child.

### D.  EXTENDED DEATH BENEFIT AND WAIVER OF PREMIUMS DURING EMPLOYEE'S TOTAL DISABILITY.

A death benefit is payable under this Section D if a dependent dies:

(1)  while you have extension protection during Total Disability under the Employee Term Life Coverage of the Group Contract;

(2)  after ceasing to be a Covered Person because of your Total Disability; and

(3)  while the dependent, except for ceasing to be a Covered Person because of your Total Disability, would still be a Covered Person.

**Amount of Extended Death Benefit:**  The benefit payable will be determined as if you continued to be insured for the Dependents Term Life Coverage of the Group Contract with respect to the dependent.  No benefit is payable under this Section D if any benefit is payable under Section B.

**Waiver of Premiums:**  From the date Prudential receives proof of your Total Disability, as described in the Employee Term Life Coverage of the Group Contract, premiums for your Dependents Term Life Coverage will be waived while your death benefit protection is extended.

**Effect of Conversion:**  An individual contract issued under Section E will be in place of all rights under this Section D.  But, if all the requirements of this Section D have been met, these rights can be obtained in exchange for all benefits of the individual contract.  Premiums paid under the individual contract will be refunded.

## E.  CONVERSION PRIVILEGE.

This privilege applies if you cease to be insured for the Dependents Term Life Coverage of the Group Contract with respect to a dependent.  That dependent may have your insurance on the dependent under this Coverage, which then ends, converted to an individual life insurance contract.  Evidence of insurability is not required.  However, conversion is not available if the insurance ends for one of these reasons:

(1)  You fail to make any required contribution for insurance under the Group Contract.

(2)  All Dependents Term Life Coverage of the Group Contract for your class ends by amendment or otherwise.  This (2) does not apply if, on the date it ends, you have been insured with respect to the dependent for five years for that insurance (or for that insurance and any Prudential rider or group contract replaced by that insurance).

Any such conversion is subject to the rest of this Section C.

**Availability:**  The individual contract must be applied for and the first premium must be paid by the later of:

(1)  the thirty-first day after you cease to be insured for Dependents Term Life Coverage with respect to the dependent; and

(2)  the fifteenth day after you have been given written notice of the conversion privilege.  But, in no event may you convert the insurance to an individual contract if you do not apply for the contract and pay the first premium prior to the ninety-second day after you cease to be insured for Dependents Term Life Coverage with respect to the dependent.

**Individual Contract Rules:**  The individual contract must conform to the following:

83500
DPL R 5099

26

(50318-50)

Amount:  Not more than the amount of Dependents Term Life Coverage on the dependent ending under this Coverage.  But, if it ends because all the Dependents Term Life Coverage of the Group Contract for your class ends, the total amount of individual insurance which may be obtained in place of all the Dependents Term Life Coverage on the dependent then ending under the Group Contract will not exceed the lesser of the following:

(1)  The total amount of all your Dependents Term Life Coverage on the dependent then ending under the Group Contract reduced by the amount of group life insurance from any carrier for which you are or become eligible with respect to the dependent within the next 31 days.

(2)  $10,000.

Form:  Any form of a life insurance contract that:

(1)  conforms to Title VII of the Civil Rights Act of 1964, as amended, having no distinction based on sex; and

(2)  is one that Prudential usually issues at the age and amount applied for.

This does not include term insurance or a contract with disability or supplementary benefits.

Premium:  Based on Prudential's rate as it applies to the form and amount, and to the dependent's class of risk and age at the time.

Effective Date:  The end of the 31 day period after you cease to be insured for Dependents Term Life Coverage with respect to the dependent.

––––––––––––––––––––

Any death benefit provided under a section of this Coverage is payable to you.  If you are not living at the death of a dependent*, the death benefit is payable to the dependent's estate or, at Prudential's option, to any one or more of these surviving relatives of the dependent:  wife; husband; mother; father; children; brothers; sisters.

*If you and a dependent die in the same event and it cannot be determined who died first, the insurance will be payable as if that dependent died before you.

––––––––––––––––––––

# Option to Accelerate Payment of Death Benefits

**FOR YOUR DEPENDENT SPOUSE**

**Note:  Any payment made under this option may be taxable.  You are advised to seek the help of a professional tax advisor for assistance with any questions that you may have.**

The following is added to the Dependents Term Life Coverage provision.

**Definitions**

- Terminally Ill Dependent:  A dependent Spouse whose life expectancy is 6 months or less.

- Terminal Illness Proceeds:  The amount of Dependents Term Life Insurance that you may elect to place under this option.  You may elect any amount up to 90% of the amount in force on your dependent's life on the date Prudential receives the proof that such dependent is a Terminally Ill Dependent, but not more than $250,000.  However, the Terminal Illness Proceeds may be reduced if, within 6 months after the date Prudential receives such proof, a reduction on account of age would have applied to the amount of your Dependents Term Life Insurance for that dependent.  In that case, the amount of the Terminal Illness Proceeds may not exceed the amount of such Insurance after applying the reduction.

**Option:**  If your dependent becomes a Terminally Ill Dependent while you are insured for that dependent under the Dependents Term Life Insurance provision or while the dependent's death benefit protection is being extended under the Dependents Term Life Insurance provision, you may elect to have the Terminal Illness Proceeds placed under this option.  That election is subject to the conditions set forth below.

**Payment of Terminal Illness Proceeds:**  If you elect this option, Prudential will pay the Terminal Illness Proceeds you place under this option in one sum when it receives proof that your dependent is a Terminally Ill Dependent.

If you do not want the Terminal Illness Proceeds in one sum, you may elect to have them paid in  6 equal monthly installments.  The first monthly payment will be due when Prudential receives proof that your dependent is a Terminally Ill Dependent.  The other payments are due on the same day of each later month.

**To Whom Payable:**  The benefits under this provision are payable to you.

**Amount Due But Unpaid at Your Dependent's Death:**  If you elect monthly installments and your Terminally Ill Dependent dies before all payments have been made, Prudential will pay you in one sum.  That sum will be the total of the payments that remain.

**Amount Due But Unpaid at Your Death:**  If you elect monthly installments and you die before all payments have been made, Prudential will pay in one sum an amount equal to the total of the payments that remain.  Payment will be made to your Spouse if living, otherwise to your estate.

**Conditions:**  Your right to be paid under this option is subject to these terms:

(1)  You must choose this option in writing in a form that satisfies Prudential.

(2)  You must furnish proof that satisfies Prudential that your dependent's life expectancy is 6 months or less, including certification by a Doctor.

(3)  Your Dependents Term Life Insurance must not be assigned.

(4)  Terminal Illness Proceeds will be made available to you on a voluntary basis only.  Therefore:

    (a)  If you are required by law to use this option to meet the claims of creditors, whether in bankruptcy or otherwise, you are not eligible for this benefit.

    (b)  If you are required by a government agency to use this option in order to apply for, get or keep a government benefit or entitlement, you are not eligible for this benefit.

**Premium for Accelerated Payment of Death Benefits Option:**  There is no additional charge for this option.

**Administrative Expense Charge:**  There is no administrative expense charge to you; the administrative expense charge is paid by the Contract Holder.

**Effect on Insurance:**  This benefit is in lieu of the benefits that would have been paid on your dependent's death with respect to the Terminal Illness Proceeds.  When you elect this option, the total amount of Dependents Term Life Insurance otherwise payable on your dependent's death , including any amount under an extended death benefit, will be reduced by the Terminal Illness Proceeds.  Also, any amount your dependent could otherwise have converted to an individual contract will be reduced by the Terminal Illness Proceeds.

---

# Right to Elect Dependents Term Life Coverage under the Portability Plan

This right applies to the Optional Dependents Term Life Coverage under the Group Contract.

It describes when and how your Qualified Dependents may become covered for similar coverage under the Portability Plan when your Optional Dependents Term Life Coverage under the Group Contract ends. The terms and conditions of the Portability Plan will not be the same as those under this Group Contract. The amount of insurance available under the Portability Plan may not be the same as the amount under this Group Contract.

## RIGHT TO APPLY FOR COVERAGE UNDER THE PORTABILITY PLAN

A right under this section is subject to the rest of these provisions.

You will have the right to apply for dependents term life coverage under the Portability Plan for a Qualified Dependent if all of these tests are met:

(1)  The Optional Dependents Term Life Coverage on the dependent ends because your Optional Employee Term Life Coverage ends for any reason other than:

  (a)  your failure to pay, when due, any contribution required for it; or

  (b)  the end of the Optional Employee Term Life Coverage for all Employees when such Coverage is replaced by group life insurance from any carrier for which you are or become eligible within the next 31 days.

(2)  You apply and become covered for term life coverage under the Portability Plan.

(3)  With respect to a dependent Spouse, that Spouse is less than age 80.

(4)  With respect to a dependent child, that child is less than age 26.

(5)  The dependent is covered for Optional Dependents Term Life Coverage on the day your Optional Employee Term Life Coverage ends.

(6)  The dependent is not confined for medical care or treatment, at home or elsewhere on the day your Optional Employee Term Life Coverage ends.

If you die, your Spouse will have the right to apply for term life coverage under the Portability Plan if that Spouse meets all of the tests in (3), (5) and (6) above.

If you die, your Spouse will also have the right to apply for dependents term life coverage under the Portability Plan for a Qualified Dependent child if:

(1)  that Spouse applies and becomes covered under the Portability Plan; and

(2)  that child meets all of the tests in (4), (5) and (6) above.

If you divorce, your Spouse will have the right to apply for term life coverage under the Portability Plan if:

(1)  the Optional Dependents Term Life Coverage on your Spouse ends due to divorce; and

(2)  that Spouse is less than age 80; and

(3)  that Spouse is not confined for medical care or treatment, at home or elsewhere on the day the Optional Dependents Term Life Coverage on that Spouse ends.

## PORTABILITY APPLICATION PERIOD

You have the right to apply for dependents term life coverage under the Portability Plan for your dependents during the Portability Application Period. In the case of your death or divorce, your Spouse has the right to apply for coverage under the Portability Plan during the Portability Application Period. Evidence of insurability is not required for a dependent to become insured under the Portability Plan. But, if evidence of insurability is submitted for your Spouse and Prudential decides the evidence is satisfactory, you or, in the case of your death or divorce, your Spouse will pay lower premium rates for your Spouse's coverage.

The Portability Application Period is the longer of:

(1)  the 31 day period after your Optional Dependents Term Life Coverage ends; and

(2)  either:

    (a)  the number of days during which you have the right to convert your insurance under the Optional Employee Term Life Coverage to an individual life insurance contract as shown in that Coverage; or

    (b)  in the case of your death or divorce, the number of days during which your Spouse has the right to convert the insurance under the Optional Dependents Term Life Coverage to an individual life insurance contract as shown in that Coverage.

## EFFECT OF CONVERSION PRIVILEGE

The right to elect coverage under the Portability Plan is provided in lieu of the conversion privilege described in the Optional Dependents Term Life Coverage, except as follows:

(1)  If a dependent's amount of insurance under the Optional Dependents Term Life Coverage exceeds the lesser of 5 times your annual Earnings and $1,000,000, the dependent may convert the excess amount.

(2)  A Spouse may convert the Dependents Insurance under the Coverage if coverage was elected under the Portability Plan, but Prudential decided that the evidence of insurability for that Spouse was not satisfactory.

If a dependent elects to convert all of the insurance under the Optional Dependents Term Life Coverage to an individual contract, you or, in the case of your death or divorce, your Spouse may not elect to apply for coverage under the Portability Plan for that dependent.

If, during the Portability Application Period, you or, in the case of your death or divorce, your Spouse applies for coverage under the Portability Plan for a dependent and that dependent then elects to convert all of the insurance under the Optional Dependents Term Life Coverage to an individual contract, that dependent's coverage under the Portability Plan will not become effective.

The right to elect coverage under the Portability Plan does not affect a dependent's coverage under the Death Benefit During a Conversion Period provision of the Optional Dependents Term Life Coverage.

## TERMS AND CONDITIONS OF THE PORTABILITY PLAN

The form, amount, first premium, and effective date will be as stated below.

**Form and Amount:**  The form of dependents term life coverage that Prudential then makes available under the Portability Plan.  The terms and conditions of that coverage will not be the same as those under the Group Contract.

Amount:  Not more than the amount of insurance on the dependent under the Optional Dependents Term Life Coverage when that insurance ends.

For each dependent, the maximum amount of dependents term life insurance under the Portability Plan is the lesser of 5 times your annual Earnings and $1,000,000.

**First Premium:**  The first premium is due to Prudential within 31 days of the date the first bill is issued.

**Effective Date:**  The day after the Portability Application Period ends.

---

# Basic Accidental Death and Dismemberment Coverage

## FOR YOU ONLY

This Coverage pays benefits for accidental Loss which results from an accident.

## A.  DEFINITIONS OF LOSS.

Loss means your:

(1)  loss of life;

(2)  total and permanent Loss of Sight;

(3)  total and permanent Loss of Speech;

(4)  total and permanent Loss of Hearing;

(5)  permanent loss of hand or foot by severance at or above the wrist or ankle;

(6)  permanent loss of thumb and index finger of the same hand by severance at or above the point at which they are attached to the hand;

(7)  loss due to Critical Burns covering 25% or more of the body

(8)  loss due to Quadriplegia, Paraplegia or Hemiplegia.

(9)  loss due to Coma.

Loss of Sight means total and permanent loss of sight.  Corrected visual acuity must be 20/200 or worse or the field of vision must be less than 20 degrees.

Loss of Speech means total and permanent loss of speech that continues for at least 12 consecutive months following the Covered Accident.

Loss of Hearing means a hearing loss of greater than 70 decibels at all frequencies or there is less than 50% speech discrimination at 70 decibels on an audiogram.

Critical Burns means burns that are classified by a Doctor as being second degree or higher over 25% of the person's body.

Quadriplegia means the total and permanent paralysis of both upper and both lower limbs.

Paraplegia means the total and permanent paralysis of both lower limbs.

Hemiplegia means the total and permanent paralysis of the upper and lower limbs on one side of the body.

Coma means a persistent vegetative state in which there is no response to external stimuli as determined by the person's Doctor.

## B.  BENEFITS.

Benefits for accidental Loss are payable only if all of these conditions are met:

(1)  You sustain an accidental bodily Injury while a Covered Person.

(2)  The Loss results directly from that Injury and from no other cause.

(3)   You suffer the Loss within 365 days after the accident.  But, if the Loss is due to Coma, that Loss:

    (a)  begins within 365 days after the accident;

    (b)  continues for 31 consecutive days; and

    (c)  is total, continuous and permanent at the end of that 31-day period.
    Any benefit for a Loss due to Coma will not begin until the end of the 31-day period in (b) above.

For the purposes of the Coverage:

(1)  Exposure to the Elements will be considered an accidental bodily Injury.  Exposure to the Elements means exposure to severe hot or cold weather that results in actual significant physical injury including sun stroke, heat stroke and frostbite.

(2)  It will be presumed that you have suffered a Loss of life if your body has not been found within one year of disappearance, stranding, sinking or wrecking of any vehicle in which you were an occupant.

Not all such Losses are covered.  See Losses Not Covered below.

**Benefit Amount Payable:**  The amount payable depends on the type of Loss as shown below.  All benefits are subject to the Limits below.

Percent of Your
Amount of Insurance

Loss of or by Reason of:

| | |
|---|---|
| Life | 100 |
| Sight of Both Eyes | 100 |
| Speech and Hearing in Both Ears | 100 |
| Both Hands | 100 |
| Both Feet | 100 |
| One Hand and One Foot | 100 |
| One Hand and Sight of One Eye | 100 |
| One Foot and Sight of One Eye | 100 |
| Quadriplegia | 100 |
| Paraplegia | 75 |
| Sight of One Eye | 50 |
| Speech | 50 |
| Hearing in Both Ears | 50 |

One Hand ............................................................................................................50
One Foot ............................................................................................................50
Hemiplegia ........................................................................................................50
Thumb and Index Finger of the Same Hand (permanent loss)...........................................25
Coma .................................................................1% per month, up to 100 months

**Limit Per Accident:**

No more than your Amount of Insurance under this Coverage at the time of the accident will be paid for all Losses resulting from Injuries sustained in that accident.

## C.  LOSSES NOT COVERED.

A Loss is not covered if it results from any of these:

(1)  Suicide or attempted suicide, while sane or insane.

(2)  Intentionally self-inflicted Injuries, or any attempt to inflict such Injuries.

(3)  Sickness, whether the Loss results directly or indirectly from the Sickness.

(4)  Medical or surgical treatment of Sickness, whether the Loss results directly or indirectly from the treatment.

(5)  Any bacterial or viral infection.  But, this does not include:

    (a)  a pyogenic infection resulting from an accidental cut or wound; or

    (b)  a bacterial infection resulting from accidental ingestion of a contaminated substance.

(6)  Taking part in any riot or insurrection.

(7)  War, or any act of war.  War means declared or undeclared war, and includes resistance to armed aggression.  Terrorism is not considered an act of war.

    Terrorism means the deliberate use of violence or the threat of violence against civilians to create an emotional response through the suffering of victims or to achieve military, political, religious or social objectives.

(8)  Commission of or attempt to commit an assault or a felony.

(9)  Travel or flight in any vehicle used for aerial navigation, if any of these apply:

    (a)  you are riding as a passenger in any aircraft not intended or licensed for the transportation of passengers.

    (b)  you are performing as a pilot or a crew member of any aircraft.

    (c)  you are riding as a passenger in an aircraft owned, operated, controlled or leased by or on behalf of the Contract Holder or any of its subsidiaries or affiliates.

    This includes getting in, out, on or off any such vehicle.

(10)  While operating a land, water or air vehicle, being under the influence of alcohol or alcohol intoxication, including but not limited to having a blood alcohol level above the limit for

83500
ADD R 5107
(50318-50-1)

permissible operation of a motor vehicle in the jurisdiction where the Loss occurred, regardless of whether the person was convicted of an alcohol related offense.

(11) Injury arising out of, or in the course of, any work for wages or profit (whether or not with the Employer). This exclusion does not apply to partners or sole proprietors who are not eligible for workers compensation.

(12) Being under the influence of any narcotic unless administered or consumed on the advice of a Doctor.

—————————————

The Claim Rules apply to the payment of the benefits.

—————————————

# Additional Benefits under Basic Accidental Death and Dismemberment Coverage

**FOR YOU ONLY**

## A. ADDITIONAL BENEFITS RELATED TO LOSSES.

If a benefit is payable under the Coverage for a Loss an additional benefit may be payable. Any such benefit is payable in addition to any other benefit payable under this Coverage. The additional amount payable for each additional benefit and any additional conditions that apply to an additional benefit are shown below. An additional benefit is payable only if those conditions are met.

(1) **Additional Benefit for Loss of Life as a Result of an Accident in an Automobile While Using a Seat Belt:**

This additional benefit for your Loss of life only applies if you sustain an accidental bodily Injury resulting in the Loss while:

(a) you are a driver or passenger in an Automobile;

(b) you are wearing a Seat Belt in the manner prescribed by the vehicle's manufacturer; and

(c) the actual use of a Seat Belt at the time of the Injury is verified in an official report of the accident, or is certified in writing by the investigating official(s).

**Losses Not Covered under this Additional Benefit:** A Loss is not covered under this additional benefit if it results from driving or riding in any Automobile used in a race or a speed or endurance test, or for acrobatic or stunt driving, or for any illegal purpose.

**Additional Amount Payable under this Additional Benefit:** An amount equal to the lesser of:

(1) 100% of your Amount of Insurance; and

(2) $10,000.

(2) **Additional Benefit for Loss of Life as a Result of an Accident in an Automobile While Using an Air Bag:**

This additional benefit for your Loss of life only applies if this test is met.

You sustain an accidental bodily Injury resulting in the Loss while:

(a) you are a driver or passenger in an Automobile;

(b) you are wearing a Seat Belt in the manner prescribed by the vehicle's manufacturer;

(c) the actual use of a Seat Belt at the time of the Injury is verified in an official report of the accident, or is certified in writing by the investigating official(s);

(d)  the Automobile is equipped with a factory-installed Air Bag; and

(e)  a properly functioning Air Bag was deployed for the seat that you occupied.

**Losses Not Covered under this Additional Benefit:**  A Loss is not covered under this additional benefit if it results from driving or riding in any Automobile used in a race or a speed or endurance test, or for acrobatic or stunt driving, or for any illegal purpose.

Additional Amount Payable under this Additional Benefit:  An amount equal to the lesser of:

(1)  5% of your Amount of Insurance; and

(2)  $5,000.

(3)  **Additional Benefit for Tuition Reimbursement for Your Dependent Child:**

This additional benefit for Tuition reimbursement for your dependent child only applies if you suffer a Loss of life.

This additional benefit is payable for each dependent child less than age 25 who:

(a)  wholly depends on you for support and maintenance on the date of your death; and

(b)  is enrolled as a full-time student in a School on the date of your death; or

(c)  is at the 12th grade level on the date of your death and becomes a full-time student in a School within 365 days after that date.

Proof of enrollment must be given to Prudential.

**Additional Amount Payable under this Additional Benefit:**  An amount equal to the least of:

(1)  the actual annual Tuition, exclusive of room and board, charged by the School;

(2)  25% of your Amount of Insurance; and

(3)  $25,000.

This benefit is payable annually for up to 4 consecutive years, but not beyond the date the child reaches age 25.

(4)  **Additional Benefit for Return of Remains:**

This additional benefit for return of remains only applies if you suffer a Loss of life and such Loss occurs outside a 75 mile radius of your home.  It is payable for Return of Remains Expenses incurred to return your body home to your country of residence.

**Additional Amount Payable under this Additional Benefit:**  An amount equal to the lesser of:

(1)  the amount of Return of Remains Expenses; and

(2)  $5,000.

83500
ADD A 5051

(50318-50-1)

(5) **Additional Benefit for Monthly Medical Premium:**

This additional benefit for monthly medical premium only applies if all of these tests are met:

(a) You suffer an accidental bodily Injury that results in a Loss within 30 days of an accident.

(b) The accidental bodily Injury:

    (i) results in your having to take a leave of absence from your job with your Employer; or

    (ii) ends your employment with your Employer.

(c) You choose to continue membership in your Employer's medical plan beyond the time that it would otherwise end.

**Additional Monthly Amount Payable under this Additional Benefit:** An amount equal to the lesser of:

(1) 1% of your Amount of Insurance; and

(2) $200.

This benefit will be paid monthly until the first of these occurs:

(1) Your continued membership in your Employer's medical plan ends.

(2) You become covered under any other group medical plan.

(3) The benefit has been paid for 12 consecutive months.

Proof of enrollment in the Employer's medical plan and of continued medical premium contribution must be given to Prudential.

## B. OTHER ADDITIONAL BENEFITS.

(1) **Additional Benefit for Critical Burns:**

This additional benefit for your Critical Burns is payable only if all of these tests are met:

(a) You suffer Critical Burns while a Covered Person under the Coverage.

(b) The Critical Burns result in Permanent Disfigurement.

(c) The Critical Burns were sustained while you were Working for Your Employer.

(d) The Losses Not Covered provisions of the Coverage apply to this Additional Benefit as if there were a Loss.

This additional benefit is not payable for Loss of life.

**Additional Amount Payable under this Additional Benefit:**  An amount equal to the lesser of:

(1)   25% of your Amount of Insurance; and

(2)   $18,750.

---

# Optional Accidental Death and Dismemberment Coverage

**FOR YOU AND YOUR DEPENDENTS**

This Coverage pays benefits for accidental Loss which results from a Covered Accident.

Covered Accident means an accident which happens:

(1)  to you while you are engaged in or the victim of a Hazard described in the Hazard provisions; or

(2)  to your Qualified Dependent for whom you are insured for Dependents Insurance and who is engaged in or the victim of a Hazard described in the Hazard provisions.

## A.  DEFINITIONS OF LOSS.

Loss means the person's:

(1)  loss of life;

(2)  total and permanent Loss of Sight;

(3)  total and permanent Loss of Speech;

(4)  total and permanent Loss of Hearing;

(5)  permanent loss of hand or foot by severance at or above the wrist or ankle;

(6)  permanent loss of thumb and index finger of the same hand by severance at or above the point at which they are attached to the hand;

(7)  loss due to Quadriplegia, Paraplegia or Hemiplegia.

(8)  loss due to Coma.

Loss of Sight means total and permanent loss of sight.  Corrected visual acuity must be 20/200 or worse or the field of vision must be less than 20 degrees.

Loss of Speech means total and permanent loss of speech that continues for at least 12 consecutive months following the Covered Accident.

Loss of Hearing means a hearing loss of greater than 70 decibels at all frequencies or there is less than 50% speech discrimination at 70 decibels on an audiogram.

Quadriplegia means the total and permanent paralysis of both upper and both lower limbs.

Paraplegia means the total and permanent paralysis of both lower limbs.

Hemiplegia means the total and permanent paralysis of the upper and lower limbs on one side of the body.

Coma means a persistent vegetative state in which there is no response to external stimuli as determined by the person's Doctor.

## B. BENEFITS.

Benefits for accidental Loss are payable only if all of these conditions are met:

(1)  The person sustains an accidental bodily Injury while a Covered Person.

(2)  The Loss results directly from that Injury and from no other cause.

(3)  The person suffers the Loss within 365 days after the Covered Accident.  But, if the Loss is due to Coma, that Loss:

    (a)  begins within 365 days after the Covered Accident;

    (b)  continues for 31 consecutive days; and

    (c)  is total, continuous and permanent at the end of that 31-day period.

    Any benefit for a Loss due to Coma will not begin until the end of the 31-day period in (b) above.

(4)  The Loss is due to a Covered Accident.

For the purposes of the Coverage:

(1)  Exposure to the Elements will be considered an accidental bodily Injury.  Exposure to the Elements means exposure to severe hot or cold weather that results in actual significant physical injury including sun stroke, heat stroke and frostbite.

(2)  It will be presumed that the person has suffered a Loss of life if the person's body has not been found within one year of disappearance, stranding, sinking or wrecking of any vehicle in which the person was an occupant.

Not all such Losses are covered.  See Losses Not Covered below.

**Benefit Amount Payable:**  The amount payable depends on the type of Loss as shown below.  All benefits are subject to the Limits below.

Percent of the Person's
Amount of Insurance

Loss of or by Reason of:

| | |
|---|---|
| Life | 100 |
| Sight of Both Eyes | 100 |
| Speech and Hearing in Both Ears | 100 |
| Both Hands | 100 |
| Both Feet | 100 |
| One Hand and One Foot | 100 |
| One Hand and Sight of One Eye | 100 |
| One Foot and Sight of One Eye | 100 |
| Quadriplegia | 100 |

Paraplegia .................................................................................................75
Sight of One Eye ........................................................................................50
Speech .....................................................................................................50
Hearing in Both Ears ..................................................................................50
One Hand .................................................................................................50
One Foot ..................................................................................................50
Hemiplegia ...............................................................................................50
Thumb and Index Finger of the Same Hand (permanent loss)............................25
Coma ..................................................................................1% per month, up to 100 months

**Limits Per Covered Accident:**

(1) No more than the Amount of Insurance on a person at the time of the Covered Accident will be paid for all Losses resulting from Injuries sustained in that accident.

(2) Benefits for accidental Loss which results from a Covered Accident will be paid only once, even if more than one Hazard provision applies.

## C.  LOSSES NOT COVERED.

A Loss is not covered if it results from any of these:

(1) Suicide or attempted suicide, while sane or insane.

(2) Intentionally self-inflicted Injuries, or any attempt to inflict such Injuries.

(3) Sickness, whether the Loss results directly or indirectly from the Sickness.

(4) Medical or surgical treatment of Sickness, whether the Loss results directly or indirectly from the treatment.

(5) Any bacterial or viral infection.  But, this does not include:

    (a) a pyogenic infection resulting from an accidental cut or wound; or

    (b) a bacterial infection resulting from accidental ingestion of a contaminated substance.

(6) Taking part in any riot or insurrection.

(7) War, or any act of war.  War means declared or undeclared war, and includes resistance to armed aggression.  Terrorism is not considered an act of war.

Terrorism means the deliberate use of violence or the threat of violence against civilians to create an emotional response through the suffering of victims or to achieve military, political, religious or social objectives.

(8) Commission of or attempt to commit an assault or a felony.

(9) Travel or flight in any vehicle used for aerial navigation, except as provided by any Hazard provision, if any of these apply:

    (a) the person is riding as a passenger in any aircraft not intended or licensed for the transportation of passengers.

(b)  the person is performing as a pilot or a crew member of any aircraft.

(c)  the person is riding as a passenger in an aircraft owned, operated, controlled or leased by or on behalf of the Contract Holder or any of its subsidiaries or affiliates.

This includes getting in, out, on or off any such vehicle.

(10)  Being legally intoxicated or under the influence of any narcotic unless administered or consumed on the advice of a Doctor.

--------------------

The Claim Rules apply to the payment of the benefits.

--------------------

# Hazard Provisions under Optional Accidental Death and Dismemberment Coverage

## FOR YOU AND YOUR DEPENDENTS

These provisions describe the Hazards under the Coverage.

Hazard means any of the risks described below.

(1) **24 Hour All Risk Hazard:**

The person is engaged in or the victim of a risk.

(2) **Specified Aircraft Hazard:**

During an Authorized Business Trip for your Employer, you are: boarding; leaving; riding as a passenger or crew member in; or struck by a Specified Aircraft.

Specified Aircraft means any of the aircraft described below which is owned, operated, controlled or leased by or on behalf of the Contract Holder or any of its subsidiaries or affiliates or its customers, if such aircraft is: (a) Certified; and (b) operated by a pilot who has a Certificate of Competency and who has logged the applicable minimum number of hours of flying time in aircraft of similar design.

| Aircraft Model/Type | FAA Tail Number | Crew Seats | Passenger Seats |
|---|---|---|---|
| BOMBARDIER CHALLENGER 604 (CL60-2B16) | N500M | 2 | 11 |
| BOMBARDIER CHALLENGER 604 (CL60-2B16) | N604GW | 2 | 11 |
| GULFSTREAM G100 | N109GX | 2 | 8 |
| HAWKER BEECHCRAFT | B350 | 2 | 9 |

Specified Aircraft also means New and Substitute Aircraft.

New Aircraft means any newly acquired Certified civilian aircraft operated by a pilot who has a Certificate of Competency for that type of aircraft, if the Contract Holder notifies Prudential within 365 days of the acquisition.

———————————

# Additional Benefits under Optional Accidental Death and Dismemberment Coverage

## FOR YOU AND YOUR DEPENDENTS

### A.  ADDITIONAL BENEFITS RELATED TO LOSSES.

If a benefit is payable under the Coverage for a Loss an additional benefit may be payable.  Any such benefit is payable in addition to any other benefit payable under this Coverage.  The additional amount payable for each additional benefit and any additional conditions that apply to an additional benefit are shown below.  An additional benefit is payable only if those conditions are met.

(1)  **Additional Benefit for Loss of Life as a Result of an Accident in an Automobile While Using a Seat Belt:**

This additional benefit for the person's Loss of life only applies if the person sustains an accidental bodily Injury resulting in the Loss while:

(a)  the person is a driver or passenger in an Automobile;

(b)  the person is wearing a Seat Belt in the manner prescribed by the vehicle's manufacturer; and

(c)  the actual use of a Seat Belt at the time of the Injury is verified in an official report of the accident, or is certified in writing by the investigating official(s).

**Losses Not Covered under this Additional Benefit:**  A Loss is not covered under this additional benefit if it results from driving or riding in any Automobile used in a race or a speed or endurance test, or for acrobatic or stunt driving, or for any illegal purpose.

**Additional Amount Payable under this Additional Benefit:**  An amount equal to the lesser of:

(1)  10% of the Amount of Insurance on the person; and

(2)  $25,000.

(2)  **Additional Benefit for Loss of Life as a Result of an Accident in an Automobile While Using an Air Bag:**

This additional benefit for the person's Loss of life only applies if this test is met.

The person sustains an accidental bodily Injury resulting in the Loss while:

(a)  the person is a driver or passenger in an Automobile;

(b)  the person is wearing a Seat Belt in the manner prescribed by the vehicle's manufacturer;

(c) the actual use of a Seat Belt at the time of the Injury is verified in an official report of the accident, or is certified in writing by the investigating official(s);

(d) the Automobile is equipped with a factory-installed Air Bag; and

(e) a properly functioning Air Bag was deployed for the seat that the person occupied.

**Losses Not Covered under this Additional Benefit:** A Loss is not covered under this additional benefit if it results from driving or riding in any Automobile used in a race or a speed or endurance test, or for acrobatic or stunt driving, or for any illegal purpose.

**Additional Amount Payable under this Additional Benefit**: An amount equal to the lesser of:

(1) 5% of the Amount of Insurance on the person; and

(2) $5,000.

(3) **Additional Benefit for Tuition Reimbursement for Your Dependent Spouse:**

This additional benefit for Tuition reimbursement for your dependent Spouse only applies if you suffer a Loss of life.

This additional benefit is payable for the person who:

(a) is your Spouse on the date of your death; and

(b) enrolls in any professional or trades program within 12 months after the date of your death for the purposes of obtaining an independent source of support or enriching that Spouse's ability to earn a living.

Proof of enrollment must be given to Prudential.

**Additional Amount Payable under this Additional Benefit**: An amount equal to the least of:

(1) the actual annual tuition charged for the program;

(2) 5% of your Amount of Insurance; and

(3) $5,000.

This benefit is payable for only one year.

(4) **Additional Benefit for Tuition Reimbursement for Your Dependent Child:**

This additional benefit for Tuition reimbursement for your dependent child only applies once. It applies if either: (a) you suffer a Loss of life; or (b) your Qualified Dependent Spouse suffers a Loss of life. Date of death, as used below, refers to your or your Spouse's date of death depending upon whose Loss of life this additional benefit is payable.

This additional benefit is payable for each dependent child less than age 25 who:

(a) wholly depends on you for support and maintenance on the date of death; and

(b) is enrolled as a full-time student in a School on the date of death; or

(c)  is at the 12th grade level on the date of death and becomes a full-time student in a School within 365 days after that date.

Proof of enrollment must be given to Prudential.

**Additional Amount Payable under this Additional Benefit:**  An amount equal to the least of:

(1)  the actual annual Tuition, exclusive of room and board, charged by the School;

(2)  10% of the Amount of Insurance on the person; and

(3)  $10,000.

This benefit is payable annually for up to 4 consecutive years, but not beyond the date the child reaches age 25.

(5)  **Additional Benefit for Child Care Expenses for Your Dependent Child:**

This additional benefit for child care expenses for your dependent child only applies once.  It applies if either:  (a) you suffer a Loss of life; or (b) your Qualified Dependent Spouse suffers a Loss of life.  Date of death, as used below, refers to your or your Spouse's date of death depending upon whose Loss of life this additional benefit is payable.

This additional benefit is payable for each dependent child less than age 13 who:

(a)  is your child who wholly depends on you for support and maintenance on the date of death; and

(b)  is enrolled at a Child Care Center on the date of death; or

(c)  becomes enrolled at a Child Care Center within 90 days after the date of death.

Proof of enrollment must be given to Prudential.

**Additional Amount Payable under this Additional Benefit:**  An amount equal to the least of:

(1)  the actual cost charged by such Child Care Center per year;

(2)  5% of the Amount of Insurance on the person; and

(3)  $5,000.

This benefit is payable annually for up to 4 consecutive years, but not beyond the date the child reaches age 13.

(6)  **Additional Benefit for Return of Remains:**

This additional benefit for return of remains only applies if the person suffers a Loss of life and such Loss occurs outside a 150 mile radius of the person's home.  It is payable for Return of Remains Expenses incurred to return the person's body home to their country of residence.

**Additional Amount Payable under this Additional Benefit:**  An amount equal to the lesser of:

(1)   the amount of Return of Remains Expenses; and

(2)   $5,000.

---

# Definitions under Accidental Death and Dismemberment Coverage

### FOR YOU AND YOUR DEPENDENTS

Some of the terms used in the Coverage:

**Air Bag:** An inflatable safety device that: (1) meets published federal safety standards; (2) is installed by the Automobile's manufacturer or replaced by an organization sanctioned by the Automobile's manufacturer; and (3) is not altered after that installation or replacement.

**Automobile:** A validly registered:

(1) vehicle that may be legally driven with the standard issue class of motor vehicle driver's license and no additional class of license is necessary to operate this vehicle; or

(2) four wheel, two axle private passenger motor vehicle.

But Automobile does not include: (1) a motor vehicle intended for off-road use; or (2) a motor vehicle being used without the owner's permission.

**Authorized Business Trip:** A trip that your Employer authorizes you to take for the purpose of furthering its business. An Authorized Business Trip: (1) starts when you leave your residence or Regular Place of Employment, whichever is later; and (2) ends when you return to your residence or Regular Place of Employment, whichever is earlier.

**Certificate of Competency:** A current valid Certificate of Competency indicating that the person to whom it is issued is qualified as a pilot to fly a particular type of aircraft.

**Certified:** The aircraft has a current valid "standard" Airworthiness Certificate issued by the Federal Aviation Administration or its foreign equivalent.

**Child Care Center:** A facility or individual which:

(1) operates pursuant to law, if locally required;

(2) is not a family member; and

(3) primarily provides care and supervision for children in a group setting on a regular, daily basis.

**Coma:** A profound state of unconsciousness from which the person cannot be aroused, even by powerful stimulation, as determined by the person's Doctor.

**Commuting to and from Work:** Leaving your primary residence and going directly to your Regular Place of Employment; and returning from your Regular Place of Employment and going directly to your primary residence. Such commuting must take place during a regular workday.

**Critical Burns:** Burns that are classified by a Doctor as being second degree or higher over 25% of the person's body.

**Permanent Disfigurement:**  Scarring over 25% of the body that can be corrected only by cosmetic surgery.

**Regular Place of Employment:**  The Employer's place of business at which you spend at least 50% of your working hours and which is located within 100 miles of your primary residence.  Satellite offices located within 100 miles of your primary residence are also included.

**Return of Remains Expenses:**  Expenses for any of the following:  (1) embalming; (2) cremation; (3) a coffin; and (4) transportation of the remains to return the person's body home.

**School:**  An institution of higher learning.  The term includes, but is not limited to, a university, college or trade school.

**Seat Belt:**  Any: (1) passive restraint device for an adult that meets published federal safety standards, is installed by the Automobile's manufacturer or replaced by an organization sanctioned by the Automobile's manufacturer; and is not altered or replaced after that installation; or (2) federally approved, properly installed child safety seat.

**Tuition:**  The charge or fee for instruction, as at a private school, trade school or a college or university.  Tuition does not include fees or charges other than for instruction.

**Working for Your Employer:**  Performing the duties of your job with your Employer either on or off your Employer's premises.  But the term does not include Commuting to and from Work, vacations or leaves of absence.

---

# Right to Elect Accidental Death and Dismemberment Coverage under the Portability Plan

This right applies to the Accidental Death and Dismemberment Coverage for Employees under the Group Contract.

It describes when and how you may become covered for similar coverage under the Portability Plan when your Accidental Death and Dismemberment Coverage under the Group Contract ends. The terms and conditions of the Portability Plan will not be the same as those under this Group Contract. The amount of insurance available under the Portability Plan may not be the same as the amount under this Group Contract.

## RIGHT TO APPLY FOR COVERAGE UNDER THE PORTABILITY PLAN

A right under this section is subject to the rest of these provisions.

You will have the right to apply for accidental death and dismemberment coverage under the Portability Plan if you meet all of these tests:

(1)  Your Accidental Death and Dismemberment Coverage ends for any reason other than:

    (a)  your failure to pay, when due, any contribution required for it; or

    (b)  the end of the Coverage for all Employees when such Coverage is replaced by group accidental death and dismemberment insurance from any carrier for which you are or become eligible within the next 31 days.

(2)  You meet the Active Work Requirement on the day your insurance ends.

(3)  You are less than age 80.

(4)  Your Amount of Insurance is at least $20,000 under the Accidental Death and Dismemberment Coverage on the day your insurance ends.

(5)  You apply for term life coverage under the Portability Plan.

## PORTABILITY APPLICATION PERIOD

You have the right to apply for coverage under the Portability Plan during the Portability Application Period. Evidence of insurability is not required to become insured under the Portability Plan.

The Portability Application Period is the longer of:

(1)  the 31 day period after your Accidental Death and Dismemberment Coverage ends; and

(2)  the number of days during which you have the right to apply for the term life coverage under the Portability Plan.

## TERMS AND CONDITIONS OF THE PORTABILITY PLAN

The form, amount, first premium, and effective date will be as stated below.

**Form and Amount:**  The form of accidental death and dismemberment coverage that Prudential then makes available under the Portability Plan.  The terms and conditions of that coverage will not be the same as the Accidental Death and Dismemberment Coverage under the Group Contract.

Amount:  Not more than your amount of insurance under the Accidental Death and Dismemberment Coverage when your insurance ends, subject to these rules:

(1)  Minimum: The minimum amount of Accidental Death and Dismemberment Coverage that may be ported is $20,000, less the amount ported under Basic Accidental Death and Dismemberment Coverage.

(2)  Maximum: The maximum amount of Accidental Death and Dismemberment Coverage that may be ported is (a) the lesser of 5 times your annual Earnings and $1,000,000 minus (b) the amount ported under Basic Accidental Death and Dismemberment Coverage.

In no event can your amount of accidental death and dismemberment insurance under the Portability Plan exceed your amount of term life insurance under the Portability Plan.

**First Premium:**  The first premium is due to Prudential within 31 days of the date the first bill is issued.

**Effective Date:** The day after the Portability Application Period ends.

-----------------------------

# Right to Elect Accident Coverage for Your Dependents under the Portability Plan

This right applies to the Accidental Death and Dismemberment Coverage for your dependents under the Group Contract.

It describes when and how your Qualified Dependents may become covered for similar coverage under the Portability Plan when the Accidental Death and Dismemberment Coverage for your dependents under the Group Contract ends.  The terms and conditions of the Portability Plan will not be the same as those under this Group Contract.  The amount of insurance available under the Portability Plan may not be the same as the amount under this Group Contract.

## RIGHT TO APPLY FOR COVERAGE UNDER THE PORTABILITY PLAN

A right under this section is subject to the rest of these provisions.

You will have the right to apply for accident coverage under the Portability Plan for a Qualified Dependent if all of these tests are met:

(1)   The Accidental Death and Dismemberment Coverage on the dependent ends because your Accidental Death and Dismemberment Coverage for Employees under the Plan ends for any reason other than:

    (a)   your failure to pay, when due, any contribution required for it; or

    (b)   the end of your employment on account of your retirement; or

    (c)   the end of the Accidental Death and Dismemberment Coverage for all Employees when such Coverage is replaced by group accidental death and dismemberment insurance from any carrier for which you are or become eligible within the next 31 days.

(2)   You apply and become covered for accidental death and dismemberment coverage under the Portability Plan.

(3)   With respect to a dependent Spouse, that Spouse is less than age 80.

(4)   With respect to a dependent child, that child is less than age 26.

(5)   The dependent is covered for Accidental Death and Dismemberment Coverage on the day your Accidental Death and Dismemberment Coverage for Employees ends.

(6)   The dependent is not confined for medical care or treatment, at home or elsewhere on the day your Accidental Death and Dismemberment Coverage for Employees ends.

If you die, your Spouse will have the right to apply for accident coverage under the Portability Plan if that Spouse:

(1)   applies and becomes covered for term life coverage under the Portability Plan; and

(2)   meets all of the tests in (3), (5) and (6) above.

If you die, your Spouse will also have the right to apply for accident coverage under the Portability Plan for a Qualified Dependent child if:

(1)  that Spouse applies and becomes covered for accident coverage under the Portability Plan; and

(2)  that child meets all of the tests in (4), (5) and (6) above.

If you divorce, your Spouse will have the right to apply for accident coverage under the Portability Plan if:

(1)  that Spouse applies and becomes covered for term life coverage under the Portability Plan; and

(2)  the Accidental Death and Dismemberment Coverage on your Spouse ends due to divorce; and

(3)  that Spouse is less than age 80; and

(4)  that Spouse is not confined for medical care or treatment, at home or elsewhere on the day the Accidental Death and Dismemberment Coverage on that Spouse ends.

## PORTABILITY APPLICATION PERIOD

You have the right to apply for accident coverage under the Portability Plan for your dependents during the Portability Application Period.  In the case of your death or divorce, your Spouse has the right to apply for coverage under the Portability Plan during the Portability Application Period.  Evidence of insurability is not required for a dependent to become insured under the Portability Plan.

The Portability Application Period is the longer of:

(1)  the 31 day period after the Accidental Death and Dismemberment Coverage on the dependent ends; and

(2)  either:

   (a)  the number of days during which you have the right to apply for accidental death and dismemberment coverage under the Portability Plan; or

   (b)  in the case of your death or divorce, the number of days during which your Spouse has the right to apply for term life coverage under the Portability Plan.

## TERMS AND CONDITIONS OF THE PORTABILITY PLAN

The form, amount, first premium, and effective date will be as stated below.

**Form and Amount:**  The form of accident coverage for dependents that Prudential then makes available under the Portability Plan.  The terms and conditions of that coverage will not be the same as those under the Group Contract.

Amount:  Not more than the amount of insurance on the dependent under the Accidental Death and Dismemberment Coverage when that insurance ends, except that the maximum amount of a dependent's accident insurance under the Portability Plan cannot exceed that dependent's amount of term life insurance under the Portability Plan.

**First Premium:**  The first premium is due to Prudential within 31 days of the date the first bill is issued.

**Effective Date:**  The day after the Portability Application Period ends.

———————————————

# General Information

## BENEFICIARY RULES

The rules in this section apply to insurance payable on account of your death, when the Coverage states that they do.  But these rules are modified by any burial expenses rule in the Schedule of Benefits and, if there is an assignment, by the following sections:  Limits on Assignments; and Effect of Gift Assignment of Rights of Group Life Insurance Under Another Group Contract.

"Beneficiary" means a person chosen, on a form approved by Prudential, to receive the insurance benefits.

You have the right to choose a Beneficiary for each Coverage under this Prudential Group Contract.

If there is a Beneficiary for the insurance under a Coverage, it is payable to that Beneficiary.  Any amount of insurance under a Coverage for which there is no Beneficiary at your death will be payable to the first of the following:  your (a) surviving spouse; (b) surviving child(ren) in equal shares; (c) surviving parents in equal shares; (d) surviving siblings in equal shares; (e) estate.  This order will apply unless otherwise provided in the Limits on Assignments.

You may change the Beneficiary at any time without the consent of the present Beneficiary.  The Beneficiary change form must be filed through the Contract Holder.  The change will take effect on the date the form is signed.  But it will not apply to any amount paid by Prudential before it receives the form.

If there is more than one Beneficiary but the Beneficiary form does not specify their shares, they will share equally.  If a Beneficiary dies before you, that Beneficiary's interest will end.  It will be shared equally by any remaining Beneficiaries, unless the Beneficiary form states otherwise.

If you and a Beneficiary die in the same event and it cannot be determined who died first, the insurance will be payable as if that Beneficiary died before you.

## MODE OF SETTLEMENT RULES

The rules in this section apply to Life and Accident Insurance payable on account of a Covered Person's death.  But these rules are subject to the Limits on Assignments section.

Insurance payable on account of a Covered Person's death is normally paid to the Beneficiary in one sum.  Subject to applicable law, where the amount of the benefit meets Prudential's current minimum requirement, payment in one sum will be made by establishing a retained asset account in the Beneficiary's name, unless the Beneficiary elects another settlement or payment option available at the time of claim, and the benefit distribution will be deemed complete when the account is established.  The retained asset account is an interest-bearing draft account backed by the financial strength of Prudential.  Funds are held in Prudential's general account or elsewhere as Prudential may direct and an account in the Beneficiary's name is credited interest at a rate set by Prudential's discretion, subject to a minimum rate that will change no more than once every 90 days on advance notice to the Beneficiary.  The Beneficiary is provided a draftbook and has immediate access to the entire amount by writing drafts for any amount up to the account balance.  The retained asset account is not a bank account and is not insured by the Federal Deposit Insurance Corporation; it is a contractual undertaking between Prudential and the Beneficiary.  Further information about the account is provided at the time of claim.  Prudential may at its discretion provide other forms of

payment in one sum.  But another mode of settlement may be arranged with Prudential for all or part of the insurance, as stated below.

Arrangements for Mode of Settlement:  You may arrange a mode of settlement by proper written request to Prudential.

If, at a Covered Person's death, no mode of settlement has been arranged for an amount of the person's Life or Accident Insurance, the Beneficiary and Prudential may then mutually agree on a mode of settlement for that amount.

Conditions for Mode of Settlement:  The Beneficiary must be a natural person taking in the Beneficiary's own right.  A mode of settlement will apply to secondary Beneficiaries only if Prudential agrees in writing.  Each installment to a person must not be less than $20.00.  A change of Beneficiary will void any mode of settlement arranged before the change.

Choice by Beneficiary:  A Beneficiary being paid under a mode of settlement may, if Prudential agrees, choose (or change the Beneficiary's choice of) a payee or payees to receive, in one sum, any amount which would otherwise be payable to the Beneficiary's estate.

Prudential has prepared information about the modes of settlement available.  Ask the Contract Holder for this.

## INCONTESTABILITY OF LIFE INSURANCE

This limits Prudential's use of a person's statements in contesting an amount of Life Insurance for which the person is insured.  These are statements made to persuade Prudential to accept the person for insurance.  They will be considered to be made to the best of the person's knowledge and belief.  These rules apply to each statement:

(1)  It will not be used in the contest unless:

   (a)  It is in a written instrument signed by the person; and

   (b)  A copy of that instrument is or has been furnished to the person or, in the event of the person's death or incapacity, to the person's Beneficiary or personal representative.

(2)  If it relates to your insurability, it will not be used to contest the validity of insurance which has been in force, before the contest, for at least two years during the person's lifetime.

---

## LIMITS ON ASSIGNMENTS

You may assign your insurance under a Coverage.  Unless the Schedule of Benefits states otherwise, insurance under any Coverage providing death benefits or periodic benefits on account of disability may be assigned only as a gift assignment.  Any rights, benefits or privileges that you have as an Employee may be assigned.  This includes any right you have to choose a Beneficiary or to convert to another contract of insurance.  Prudential will not decide if an assignment does what it is intended to do.  Prudential will not be held to know that one has been made unless it or a copy is filed with Prudential through the Contract Holder.

This paragraph applies only to insurance for which you have the right to choose a Beneficiary, when that right has been assigned.  If an assigned amount of insurance becomes payable on account of your death and, on the date of that death, there is no Beneficiary chosen by the assignee, it will be payable to:

(1)   the assignee, if living; or

(2)   the estate of the assignee, if the assignee is not living.

It will not be payable as stated in the Beneficiary Rules.

## EFFECT OF GIFT ASSIGNMENT OF RIGHTS OF GROUP LIFE INSURANCE UNDER ANOTHER GROUP CONTRACT

This Section applies to all Coverages providing Employee death benefits.

If you are eligible for insurance under the Group Contract on the Group Contract's effective date you will have no rights, benefits or privileges under any such Coverage if, on the day before that date, all the following were true:

(1)   You were insured for group life insurance under another group contract.  That contract was issued by Prudential or another insurance carrier to cover Employees of the Employer.

(2)   Your group life insurance under the other group contract ended.

(3)   An irrevocable and absolute gift assignment made by you was in effect.  It was made before the other contract ended.  That assignment was of all your rights, benefits and privileges of the group life insurance under the other group contract.  Those rights were owned by the assignee or the assignee's successor.

The owner of those rights of the group life insurance under the other group contract on the day before this Group Contract's effective date will be the owner of the rights, benefits, and privileges you would have had under a Coverage if this section did not apply.  This includes, but is not limited to, any right of assignment you would have had under the Limits on Assignments section above.  The term "assignee" as used in that section includes such an owner.

The term "group life insurance", as used above, means only group life insurance provided under a group contract in effect on the day before the date the Employer became included under the Group Contract.

## DEFINITIONS

**Active Work Requirement:**  A requirement that you be actively at work on a full time basis at the Employer's place of business or at any other place that the Employer's business requires you to go. You are considered actively at work during a normal vacation if you were actively at work on your last regularly scheduled workday.

**Annual Enrollment Period:**  There is a period each year during which you may enroll for Coverage or request a change in Coverage for the following Calendar Year.  The Contract Holder will notify you of when this Annual Enrollment Period begins and ends.

**Calendar Year:**  A year starting January 1.

**Contributory Insurance, Non-contributory Insurance:**  Contributory Insurance is insurance for which the Contract Holder has the right to and may require your direct contribution to the cost of coverage.  Non-contributory Insurance premiums are paid by the Contract Holder, usually without direct contribution from you.  The rate for Non-contributory insurance may be determined, or in some cases, reduced, in part, based on your contributions for contributory insurance or other benefits offered to you under the Contract Holder benefit plan.

**Coverage:**  A part of the Booklet consisting of:

(1)  A benefit page labeled as a Coverage in its title.

(2)  Any page or pages that continue the same kind of benefits.

(3)  A Schedule of Benefits entry and other benefit pages or forms that by their terms apply to that kind of benefits.

**Covered Person under a Coverage:**  An Employee who is insured for Employee Insurance under that Coverage; a Qualified Dependent for whom an Employee is insured for Dependents Insurance, if any, under that Coverage.

**Dependents Insurance:**  Insurance on the person of a dependent.

**Doctor:**  A licensed practitioner of the healing arts acting within the scope of the license.

**Earnings:**  Earnings mean the annual, monthly, bi-weekly, or weekly pay, as the case may be received by the employee from the employer. It includes earnings from commissions, bonuses and overtime pay, but it does not include any other additional compensation. Commissions, bonuses and overtime pays will be averaged for the lesser of: a) the 12 month period of employment just prior to the date of loss; or b) period of employment.

**Employee:**  A person employed by the Employer; a proprietor or partner of the Employer.  The term also applies to that person for any rights after insurance ends.

**Employee Insurance:**  Insurance on the person of an Employee.

**The Employer:**  Collectively, all employers included under the Group Contract.

**Injury:**  Injury to the body of a Covered Person.

**Life Event:**  Any of the following which constitute a change in family status:

(1)   your marriage or divorce;

(2)   the death of your Spouse or child;

(3)   the birth or adoption of your child;

(4)   employment or termination of employment of your Spouse;

(5)   switching from part-time to full-time Employee status (or vice versa) by you or your Spouse;

(6)   you or your Spouse taking an unpaid leave of absence;

(7)   a significant change in your health coverage that is attributable to your Spouse's employment.

**Prudential:**  The Prudential Insurance Company of America.

**Sickness:**  Any disorder of the body or mind of a Covered Person, but not an Injury; pregnancy of a Covered Person, including abortion, miscarriage or childbirth.

**You:**  An Employee.

---

## CLAIM RULES

These rules apply to payment of benefits under all accident Coverages.

**Notice of Claim:**  Prudential must be given written notice that a claim will be made.  The notice must be given to Prudential within 20 days after the date of loss.  But failure to meet that time limit will not make the claim invalid if the notice is given as soon as reasonably possible.

**Proof of Loss:**  Prudential must be given written proof of the loss including any requested documentation, such as a death certificate, for which claim is made under the Coverage.  This proof must cover the occurrence, character and extent of that loss.  A claim form will be furnished for submitting proof of loss.  But, if you are not given a claim form within 15 working days after providing notice of claim, you must still submit the proof of loss.

Proof of loss must be furnished within 90 days after the date of the loss.  But, if any Coverage provides for periodic payment of benefits at monthly or shorter intervals, the proof of loss for each such period must be furnished within 90 days after the period ends.

A claim will not be considered valid unless the proof is furnished within these time limits.  However, it may not be reasonably possible to do so.  In that case, the claim will still be considered valid if the proof is furnished as soon as reasonably possible.

**When Benefits are Paid:**  Benefits are paid when Prudential receives written proof of the loss including any requested documentation, such as a death certificate.  But, if a Coverage provides that benefits are payable at equal intervals of a month or less, Prudential will not have to pay those benefits more often.

**To Whom Payable:**  Benefits are payable to you with these exceptions:

(1)  Benefits for Tuition reimbursement for your surviving Spouse will be paid to:

    (a)  your Spouse, if living; or

    (b)  your Spouse's estate, if your Spouse is not living at the time a benefit is paid.

(2)  Benefits for Tuition reimbursement for your child or child care expenses will be paid to the person or institution appearing to Prudential to have assumed the main support of your dependent children.

(3)  Benefits for any other of your Losses that are unpaid at your death or become payable on account of your death will be paid to your Beneficiary or Beneficiaries.  (See Beneficiary Rules.)

    If you and a Beneficiary die in the same event and it cannot be determined who died first, benefits will be payable as if that Beneficiary died before you.

(4)  If you are not living, benefits for a dependent's Losses are payable to your Spouse if your Spouse is living.

(5)  If neither you nor your Spouse is living, then benefits will for a Spouse's Losses will be paid to your Spouse's estate.

(6)  If neither you nor your Spouse is living, then benefits for a dependent child's Losses will be paid to the child who suffered the Loss.  If that dependent child is not living, the benefits will be paid to the child's estate.

**Physical Exam and Autopsy:**  Prudential, at its own expense, has the right to examine the person whose loss is the basis of claim.  Prudential may do this when and as often as is reasonable while the claim is pending.  Prudential also has the right to arrange for an autopsy in case of accidental death, if it is not forbidden by law.

**Legal Action:**  No action at law or in equity shall be brought to recover on the Group Contract until 60 days after the written proof described above is furnished.  No such action shall be brought more than three years after the end of the time within which proof of loss is required.

## INCONTESTABILITY OF INSURANCE TO WHICH THE CLAIM RULES APPLY

This limits Prudential's use of a person's statements in contesting an amount of that insurance for which the person is insured.  These are statements made to persuade Prudential to effect an amount of that insurance.  They will be considered to be made to the best of the person's knowledge and belief.  These rules apply to each statement:

(1)  It will not be used in a contest to avoid or reduce that amount of insurance unless:

    (a)  It is in a written instrument signed by the person; and

    (b)  A copy of that instrument is or has been furnished to the person.

(2)  It will not be used in the contest after that amount of insurance has been in force, before the contest, for at least two years during the person's lifetime.

---

# When Your Insurance Ends

## EMPLOYEE AND DEPENDENTS INSURANCE

Your Employee Insurance under a Coverage or your Dependents Insurance under a Coverage will end when the first of these occurs:

- Your membership in the Covered Classes for the insurance ends because your employment ends (see below) or for any other reason.

- The part of the Group Contract providing the insurance ends.

- For Contributory Insurance under a Coverage of the Group Contract, you fail to pay, when due, any contribution required. But, if Employee Insurance is Contributory, failure to contribute for Dependents Insurance will not cause your Employee Insurance to end.

- The Insurance is Dependents Insurance under the Dependents Term Life Coverage and your Employee Insurance under the Employee Term Life Coverage ends.

- The insurance is Dependents Insurance under the Accidental Death and Dismemberment Coverage and your Employee Insurance under the optional accident Coverage of the Group Contract, if any, ends.

If you make a written request to the Employer to end the Dependents Insurance for a Qualified Dependent under the accident Coverage, the insurance for that person will end.

Your Dependents Insurance for a Qualified Dependent under a Coverage will end when that person ceases to be a Qualified Dependent for that Coverage.

**End of Employment:**  For insurance purposes, your employment will end when you are no longer a full-time Employee actively at work for the Employer.  But, under the terms of the Group Contract, the Contract Holder may consider you as still employed in the Covered Classes during certain types of absences from full-time work.  This is subject to any time limits or other conditions stated in the Group Contract.

For the purpose of your life insurance under the Group Contract, your employment in the Covered Classes will not be considered to end while you: (1) are absent from work for the Employer on account of your disability; and (2) have been so absent for less than six months; and (3) are not working at any other job for wage or profit.

If you stop active full-time work for any reason, you should contact the Employer at once to determine what arrangements, if any, have been made to continue any of your insurance.

---

# Additional Information About Your Plan

The Certificate of Coverage and the following Additional Information (together, the Booklet), are intended to comply with the disclosure requirements of the regulations issued by the U.S. Department of Labor under the Employee Retirement Income Security Act (ERISA) of 1974.  ERISA requires that your employer provide you with a "Summary Plan Description" which describes the plan and informs you of your rights under it.  Information about eligibility rules, benefits amounts, benefit limitations, and exclusions from coverage is contained in the Certificate of Coverage.  The following Additional Information about your plan is provided at the request of your Employer/Plan Sponsor.

**Plan Name**

Cook Group Incorporated Life Insurance Plan

**Plan Number**

506

**Type of Plan**

Employee Welfare Benefit Plan

**Plan Sponsor**

Cook Group Incorporated
750 Daniels Way
Bloomington, Indiana  47402

**Employer Identification Number**

35-1084188

**Plan Administrator**

Cook Group Incorporated
Attention:  Human Resources Department
750 Daniels Way
Bloomington, Indiana  47402

**Agent for Service of Legal Process**

Cook Group Incorporated
Attention:  Human Resources Department
750 Daniels Way
Bloomington, Indiana  47402

Service of legal process may also be made upon the plan administrator at the address above.

**Plan Year Ends**

December 31

**Plan Benefits Provided by**

The Prudential Insurance Company of America
751 Broad Street
Newark, New Jersey  07102

**Plan Sponsor's Designation of Prudential As Claims Administrator**

It is the Plan Sponsor's intention and direction that The Prudential Insurance Company of America as Claims Administrator has the sole discretion to interpret the terms of the plan, to make factual findings, and to determine eligibility for benefits.  The Plan Sponsor has determined that benefits are payable under the plan only if The Prudential Insurance Company of America, in its sole discretion, determines that they are due. The decision of the Claims Administrator shall not be overturned unless arbitrary and capricious. *

* This paragraph does not apply to residents of AK, AR, CA, CO, DC, IL, KY, MD, ME, MI, NJ, NY, OR, PR, RI, SD, TX, VT, WA

**Plan Sponsor, Policyholder and Employer not Agents of Prudential**

The Group Contract underwritten by The Prudential Insurance Company of America provides insured benefits under your Employer/Policyholder/Plan Sponsor's ERISA plan(s).  For all purposes associated with the plan or the Group Contract under which The Prudential Insurance Company of America provides benefits, the Employer/Policyholder/Plan Sponsor acts on its own behalf or as an agent of its employees.  Under no circumstances will the Employer/Policyholder/Plan Sponsor be deemed the agent of The Prudential Insurance Company of America, absent a written authorization of such status executed between the Employer/Policyholder/Plan Sponsor and The Prudential Insurance Company of America. Nothing in these documents shall, of themselves, be deemed to be such a written authorization.

**Allocation of Contributions**

The insurance benefit coverages described in this Booklet are being offered to you under a single ERISA plan.  Coverages described as non-contributory or as being paid entirely by the Employer/Policyholder/Plan Sponsor (if any) are those paid for directly by the Employer/Policyholder/Plan Sponsor such that you have no out of pocket expense for such coverages. However, the premium rate that the Employer/Policyholder/Plan Sponsor pays for insurance coverage offered to you under the Plan may be determined, or in some cases, reduced, in part, based on your contributions for other coverages or other benefits offered under the Plan. When this occurs, your contributions for one benefit coverage may cover some or all of the costs or plan expenses for another benefit coverage offered to you under the Plan.

**Loss of Benefits**

You must continue to be a member of a class of eligible employees or beneficiaries to which the plan pertains and continue to make any contributions or payments that are due, including those you agreed to when you enrolled for coverage.  Failure to make required contributions may result in partial or total loss of your benefits.

**Plan Sponsor May Amend or Terminate the Plan at any Time**

It is intended that this plan will be continued for an indefinite period of time.  But, the Plan Sponsor reserves the right to change or terminate the plan at any time.  This Booklet elsewhere describes your rights upon termination of the plan.

**Claim Procedures**

1. **Determination of Benefits**

Prudential shall notify you of the claim determination within 45 days of the receipt of your claim. This period may be extended by 30 days if such an extension is necessary due to matters beyond the control of the plan. A written notice of the extension, the reason for the extension and the date by which the plan expects to decide your claim, shall be furnished to you within the initial 45-day period. This period may be extended for an additional 30 days beyond the original 30-day extension if necessary due to matters beyond the control of the plan. A written notice of the additional extension, the reason for the additional extension and the date by which the plan expects to decide on your claim, shall be furnished to you within the first 30-day extension period if an additional extension of time is needed. However, if a period of time is extended due to your failure to submit information necessary to decide the claim, the period for making the benefit determination by Prudential will be tolled (i.e., suspended) from the date on which the notification of the extension is sent to you until the earlier of the date on which you respond to the request for additional information, or the 45th day following the expiration of the initial 45-day claim review period.

If your claim for benefits is denied, in whole or in part, you or your authorized representative will receive a written notice from Prudential of your denial. The notice will include:

(a) the specific reason(s) for the denial, which will include a discussion of the decision describing, if applicable, the basis for disagreeing with or not following (i) the views of healthcare professionals treating you and vocational experts who evaluated you, (ii) the views of medical or vocational experts whose advice was obtained on behalf of the plan in connection with your adverse benefit determination, without regard to whether the advice was relied upon in making the benefit determination, and (iii) an award of Social Security Administration disability benefits,

(b) references to the specific plan provisions on which the benefit determination was based,

(c) a description of any additional material or information necessary for you to perfect a claim and an explanation of why such information is necessary,

(d) a statement that you are entitled to receive, upon request and free of charge, reasonable access to, and copies of, all documents, records, and other information relevant to your claim for benefits,

(e) a description of Prudential's appeals procedures and applicable time limits, including a statement of your right to bring a civil action under section 502(a) of ERISA following your appeals,

(f) a statement that, if an adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination will be provided free of charge upon written request, and

(g) copies of any internal rules, guidelines, protocols, standards or other similar criteria relied upon in making this determination or, alternatively, a statement that such rules, guidelines, protocols, standards or other similar criteria do not exist.

**2.  Appeals of Adverse Determination**

If your claim for benefits is denied, you or your representative may appeal your denied claim in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date such claim is deemed denied.  Similarly, if Prudential does not decide your claim within the time described in Section 1 above, you may appeal, although you are not required to do so.  You may submit with your appeal any written comments, documents, records and any other information relating to your claim.  Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your claim free of charge.

A full review of the information in the claim file and any new information submitted to support the appeal will be conducted by Prudential, utilizing individuals not involved in the initial benefit determination.  This review will not afford any deference to the initial benefit determination.

Prudential shall make a determination on your appeal within 45 days of the receipt of your appeal request.  This period may be extended by up to an additional 45 days if Prudential determines that special circumstances require an extension of time.  A written notice of the extension, the reason for the extension and the date that Prudential expects to render a decision shall be furnished to you within the initial 45-day period.  However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled (i.e., suspended) from the date on which the notification of the extension is sent to you until the earlier of the date on which you respond to the request for additional information or the 45th day from the expiration of the initial 45-day appeal review period.

Prudential will provide you, free of charge and prior to any adverse decision on appeal, with any new or additional evidence that is considered by Prudential in connection with the claim (including evidence that may be the basis for denial as well as any evidence that may support granting the claim), and any new or additional rationale that will form the basis for the Prudential's decision on appeal.  Any such evidence will be provided as soon as possible and sufficiently in advance of the date on which the notice of adverse benefit determination must be provided in order to give you a reasonable opportunity to respond prior to that date.

If the appeal is denied in whole or in part, you will receive a written notification from Prudential of the denial.  The notice will include:

(a)  the specific reason(s) for the adverse determination, which will include a discussion of the decision describing, if applicable, the basis for disagreeing with or not following (i) the views of healthcare professionals treating you and vocational experts who evaluated you, (ii) the views of medical or vocational experts whose advice was obtained on behalf of the plan in connection with your adverse benefit determination, without regard to whether the advice was relied upon in making the benefit determination, and (iii) an award of Social Security Administration disability benefits,

(b)  references to the specific plan provisions on which the determination was based,

(c)  a statement that you are entitled to receive upon request and free of charge reasonable access to, and make copies of, all records, documents and other information relevant to your benefit claim upon request,

(d)  a description of Prudential's review procedures and applicable time limits,

(e) a statement that if an adverse benefit determination is based on a medical necessity or experimental treatment or similar exclusion or limit, an explanation of the scientific or clinical judgment for the determination will be provided free of charge upon written request,

(f) copies of any internal rules, guidelines, protocols, standards or other similar criteria relied upon in making this determination or, alternatively, a statement that such rules, guidelines, protocols, standards or other similar criteria do not exist, and

(g) a statement describing any appeals procedures offered by the plan, and your right to bring a civil suit under ERISA.

If a decision on appeal is not furnished to you within the time frames mentioned above, the claim shall be deemed denied on appeal.

If the appeal of your benefit claim is denied, you or your representative may make a second, voluntary appeal of your denial in writing to Prudential within 180 days of the receipt of the written notice of denial or 180 days from the date such claim is deemed denied. Similarly, if Prudential does not decide your appeal within the time described in Section 1 above, you may appeal again, although you are not required to do so. You may submit with your second appeal any written comments, documents, records and any other information relating to your claim. Upon your request, you will also have access to, and the right to obtain copies of, all documents, records and information relevant to your claim free of charge.

Prudential shall make a determination on your second claim appeal within 45 days of the receipt of your appeal request. This period may be extended by up to an additional 45 days if Prudential determines that special circumstances require an extension of time. A written notice of the extension, the reason for the extension and the date by which Prudential expects to render a decision shall be furnished to you within the initial 45-day period. However, if the period of time is extended due to your failure to submit information necessary to decide the appeal, the period for making the benefit determination will be tolled from the date on which the notification of the extension is sent to you until the earlier of the date on which you respond to the request for additional information or the 45th day following the expiration of the second 45-day appeal review period.

Your decision to submit a benefit dispute to this voluntary second level of appeal has no effect on your right to any other benefits under this plan. If you elect to initiate a lawsuit without submitting to a second level of appeal, the plan waives any right to assert that you failed to exhaust administrative remedies. If you elect to submit the dispute to the second level of appeal, the plan agrees that any statute of limitations or other defense based on timeliness is tolled during the time that the appeal is pending.

If the claim on appeal is denied in whole or in part for a second time, you will receive a written notification from Prudential of the denial. The notice will be written in a manner calculated to be understood by the applicant and shall include the same information that was included in the first adverse determination letter. If a decision on appeal is not furnished to you within the time frames mentioned above, the claim shall be deemed denied on appeal.

**Time Limit To File Suit**

If your claim for benefits and any required appeals are denied (or not decided within the time periods discussed above), you may file suit as discussed below. If you elect to file suit, you should do so as soon as possible. However, you must file suit no later than three years after proof of your claim was first due as explained elsewhere in this Booklet, regardless of whether your claim is still pending in the claim or appeal process.

**Rights and Protections**

As a participant in this plan, you are entitled to certain rights and protections under the Employee Retirement Income Security Act of 1974 (ERISA), as amended. ERISA provides that all plan participants shall be entitled to:

**Receive Information about Your Plan and Benefits**

- Examine, without charge, at the plan administrator's office and at other specified locations, such as worksites and union halls, all documents governing the plan, including insurance contracts and collective bargaining agreements, and a copy of the latest annual report (Form 5500 Series) filed by the plan with the U.S. Department of Labor and available at the Public Disclosure Room of the Employee Benefits Security Administration.

- Obtain, upon written request to the plan administrator, copies of documents governing the operation of the plan, including insurance contracts and collective bargaining agreements, and copies of the latest annual report (Form 5500 Series) and updated summary plan description. The plan administrator may make a reasonable charge for the copies.

- Receive a summary of the plan's annual financial report. The plan administrator is required by law to furnish each participant with a copy of this summary annual report.

**Prudent Actions by Plan Fiduciaries**

In addition to creating rights for plan participants, ERISA imposes duties upon the people who are responsible for the operation of the employee benefit plan. The people who operate your plan, called "fiduciaries" of the plan, have a duty to do so prudently and in the interest of you and other plan participants and beneficiaries. No one, including the Plan Sponsor, your employer, your union, or any other person, may fire you or otherwise discriminate against you in any way to prevent you from obtaining a welfare benefit or exercising your rights under ERISA.

**Enforce Your Rights**

If your claim for a welfare benefit is denied or ignored, in whole or in part, you have a right to know why this was done, to obtain copies of documents relating to the decision without charge, and to appeal any denial, all within certain time schedules.

Under ERISA, there are steps you can take to enforce the above rights. For instance, if you request a copy of plan documents or the latest annual report from the plan and do not receive them within 30 days, you may file suit in a Federal court. In such a case, the court may require the plan administrator to provide the materials and pay you a fine that accrues on a daily basis (based on amounts set by the Department of Labor) from the time the materials were due to you until you receive the materials, unless the materials were not sent because of reasons beyond the control of the administrator. If you have a claim for benefits which is denied or ignored, in whole or in part, you may file suit in a state or Federal court. If it should happen that plan fiduciaries misuse the plan's money, or if you are discriminated against for asserting your rights, you may seek assistance from the U.S. Department of Labor, or you may file suit in a Federal

court. The court will decide who should pay court costs and legal fees. If you are successful, the court may order the person you have sued to pay these costs and fees. If you lose, the court may order you to pay these costs and fees, for example, if it finds your claim is frivolous.

**Assistance with Your Questions**

If you have any questions about your plan, you should contact the plan administrator. If you have any questions about this statement or about your rights under ERISA, or if you need assistance in obtaining documents from the plan administrator, you should contact the nearest office of the Employee Benefits Security Administration, U.S. Department of Labor, listed in your telephone directory or the Division of Technical Assistance and Inquiries, Employee Benefits Security Administration, U.S. Department of Labor, 200 Constitution Avenue N.W., Washington, DC 20210. You may also obtain certain publications about your rights and responsibilities under ERISA by calling the publications hotline of the Employee Benefits Security Administration.



**EXHIBIT C**

# CERTIFICATION OF DEATH RECORD

## FULTON COUNTY LOCAL REGISTRAR
## CANTON, ILLINOIS
## MEDICAL EXAMINER/CORONER CERTIFICATE OF DEATH

STATE FILE NUMBER 2023 0031313

DATE ISSUED 5/25/2023

| | | |
|---|---|---|
| DECEDENT'S LEGAL NAME WILLIAM TOMAS EDWARDS | SEX MALE | DATE OF DEATH APRIL 09, 2023 |

| | | |
|---|---|---|
| COUNTY OF DEATH FULTON | AGE AT LAST BIRTHDAY 27 YEARS | DATE OF BIRTH ▓▓▓▓ |

| | |
|---|---|
| CITY OR TOWN CANTON | HOSPITAL OR OTHER INSTITUTION NAME GRAHAM HOSPITAL ASSOCIATION |

PLACE OF DEATH EMERGENCY ROOM / OUTPATIENT

| | | | |
|---|---|---|---|
| BIRTHPLACE CANTON, IL | SOCIAL SECURITY NUMBER ▓▓▓▓ | STATUS AT TIME OF DEATH NEVER MARRIED/NEVER IN CIVIL UNION | SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | EVER IN U.S. ARMED FORCES? NO |

| | | | |
|---|---|---|---|
| RESIDENCE 1626 EAST MYRTLE STREET | APT. NO. 109B | CITY OR TOWN CANTON | INSIDE CITY LIMITS? YES |

| | | | | |
|---|---|---|---|---|
| COUNTY FULTON | STATE IL | ZIP CODE 61520 | FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION TOMMY LEE EDWARDS | MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION BRIENNA COZAD |

| | | |
|---|---|---|
| INFORMANT'S NAME BRIENNA COZAD | RELATIONSHIP MOTHER | MAILING ADDRESS 120 NORTH PARK DRIVE, CANTON, IL, 61520 |

| | | | |
|---|---|---|---|
| METHOD OF DISPOSITION CREMATION | PLACE OF DISPOSITION MIDSTATE CREMATIONS | LOCATION - CITY OR TOWN AND STATE CANTON, IL | DATE OF DISPOSITION APRIL 18, 2023 |

FUNERAL HOME SEDGWICK FUNERAL HOMES & CREMATORY, 1995 NORTH MAIN STREET, CANTON, IL, 61520

| | |
|---|---|
| FUNERAL DIRECTOR'S NAME MICHAEL COLE MURPHY | FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER 034016163 |

| | |
|---|---|
| LOCAL REGISTRAR'S NAME KATIE LYNN | DATE FILED WITH LOCAL REGISTRAR |

**CAUSE OF DEATH**

PART I.
a. HYPONATREMIC DEHYDRATION — DAYS

Due to (or as a consequence of):
b. EROSIVE ESOPHAGITIS/ EPIGLOTTIS WITH PERSISTENT VOMITING — DAYS

Due to (or as a consequence of):
c. ACUTE APPENDICITIS — DAYS

Due to (or as a consequence of):

(APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH)

PART II. Enter other *significant conditions contributing to death* but not resulting in the underlying cause given in PART I.

WAS AN AUTOPSY PERFORMED? YES

WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? YES

| | |
|---|---|
| FEMALE PREGNANCY STATUS NOT APPLICABLE | MANNER OF DEATH NATURAL |

| | | | |
|---|---|---|---|
| DATE OF INJURY | TIME OF INJURY | PLACE OF INJURY | INJURY AT WORK? |

LOCATION OF INJURY

| | |
|---|---|
| DESCRIBE HOW INJURY OCCURRED: | IF TRANSPORTATION INJURY, SPECIFY: |

| | | | | |
|---|---|---|---|---|
| ATTEND THE DECEASED? | DATE LAST SEEN ALIVE | WAS MEDICAL EXAMINER OR CORONER CONTACTED? | DATE PRONOUNCED APRIL 09, 2023 | TIME OF DEATH 02:41 PM |

| | |
|---|---|
| CERTIFIER MEDICAL EXAMINER/CORONER | DATE CERTIFIED MAY 24, 2023 |

| | |
|---|---|
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH AUSTIN RHODES, 1601 E. CHESTNUT, CANTON, IL, 61520 | PHYSICIAN'S LICENSE NUMBER |

This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

*Katie Lynn*

Katie Lynn
Registrar



SEAL — FULTON COUNTY HEALTH DEPARTMENT

ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE

## ASSIGNMENT AND RELEASE

FOR VALUE RECEIVED, I hereby assign to the

*Sedgwick Funeral Homes*

*Funeral Home/Assignee*

of _____*Canton*_____  _____*IL*_____

(City)                      (State)

all my right, title and interest in and to the proceeds of

Policy No. *C-2023 - 327239*

issued by

*Prudential Life Ins. Co.*

Insurance Company

upon the life of

*William T Edwards*

Deceased

of _____*Canton*_____  _____*IL*_____

(City)                      (State)

up to the sum of $ *8082* to apply the said proceeds to the payment of the funeral bill of said Funeral Home, as Assignee, for services rendered in connection with the death of Deceased, and giving to the authorized representative of said funeral home full and complete authority to collect the proceeds of said insurance policy, with the balance, if any, of such proceeds to be paid to the undersigned Beneficiary. It is agreed that the distribution of proceeds under said policy by the Insurance Company to said Assignee and Beneficiary, and said the receipt of same by Assignee and Beneficiary shall be a full and complete discharge, acquittance and release of said Insurance Company of any and all claims whatsoever under said policy, and said Insurance Company shall not be required or bound in any way with respect to the application of any of the proceeds of said policy, and I hereby authorize said: *Sedgwick Funeral Home*

Funeral Home

to surrender said policy to said Insurance Company, and except for the distribution of proceeds as set forth herein, expressly waive any and all claims or rights whatsoever under said policy against said Insurance Company.

Witness my hand this *19th* day of *April* 20 *23*

*Brienna M. Czad*

Beneficiary

STATE OF *Illinois*
COUNTY OF *Fulton* SS.

*Brienna Czad* personally appeared before me and acknowledge that *she* executed the above instrument as (his) (her) free act and deed.

My commission expires: *Sept 22 2025*

*Ralph Sedgwick*

Notary Public

OFFICIAL SEAL
RALPH SEDGWICK
NOTARY PUBLIC, STATE OF ILLINOIS
My Commission Expires Sept. 22, 2025

F9011                                                                                © Fiducial, Inc. All Rights Reserved.

427AB

S-7

**SEDGWICK FUNERAL HOMES**

☑ 1995 N. Main Street
CANTON, ILLINOIS 61520
(309) 647-1260

☐ 341 East Fort Street
FARMINGTON, ILLINOIS 61531
(309) 245-2157

**FUNERAL PURCHASE CONTRACT**
(STATEMENT OF FUNERAL GOODS AND SERVICES SELECTED)

(Charges are only for those items that you selected or that are required. If we are required by law or by a cemetery or crematory to use any items, we will explain the reasons in writing below.)

ORIGINAL - F.F.D. OF A.
DUPLICATE - CLIENT
TRIPLICATE - FUNERAL HOME

Full name of deceased _____ Deceased is _____ of person arranging services.
(Please PRINT Name) (Give Relationship)

Date of Death 3/9/23 Total (A) Forward $ 8200 — No. _____ Date 3/9/23 Age 59

**(A) OUR SERVICE:**

**BASIC SERVICES OF FUNERAL DIRECTOR & STAFF** ..... $ _____

**EMBALMING** ..... $ _____
*If you selected a funeral that may require embalming, such as a funeral with viewing, you may have to pay for embalming. You do not have to pay for embalming you did not approve. If you selected arrangements such as a direct cremation or immediate burial, if we charged for embalming, we will explain why below.*

**REASON FOR EMBALMING:** _____

**OTHER PREPARATION OF THE BODY** ..... $ _____

**USE OF FACILITIES, STAFF & EQUIPMENT:**
Funeral Ceremony ( Conducted at Funeral Home ) ..... $ _____

**USE OF FACILITIES, STAFF & EQUIPMENT:**
Visitation / Viewing ( Conducted at Funeral Home ) ..... $ _____
Memorial Service ( Conducted at Funeral Home ) ..... $ _____

**USE OF STAFF AND EQUIPMENT:**
Visitation / Viewing ( Conducted at another facility ) ..... $ _____
Memorial Service ( Conducted at another facility ) ..... $ _____
Graveside Service ..... $ _____
Funeral Ceremony ( Conducted at another facility ) ..... $ _____
Memorial Service ( Conducted at Funeral Home ) ..... $ _____

**TRANSFER OF REMAINS TO FUNERAL HOME** ..... $ _____

**AUTOMOTIVE EQUIPMENT:**
Casket Coach (Hearse) ..... $ _____
_____ Miles Transported
Limousine ..... $ _____
Pallbearer Car ..... $ _____

**MISCELLANEOUS MERCHANDISE:**
Acknowledgment Cards ..... $ _____
Visitors Register ..... $ _____
Memorial Folders ..... $ _____

**CASKET** ..... $ 8000 —
Pronto C.

**OUTER BURIAL CONTAINER (As Selected)** ..... $ _____

Receptacle (other than casket) _LNEN_ ..... $ LNE.

Wearing Apparel ..... $ _____

**FORWARDING OF REMAINS TO ANOTHER FUNERAL HOME** ..... $ _____
**RECEIVING OF REMAINS FROM ANOTHER FUNERAL HOME** ..... $ _____
**DIRECT CREMATION (As Selected)** ..... $ _____
**IMMEDIATE BURIAL (As Selected)** ..... $ _____

Total (A) $ _____

**(B) CASH ADVANCE ITEMS:**

We charge you for our services in obtaining:

| | |
|---|---|
| Tax | $ |
| Additional Autos | $ |
| Transportation | $ |
| Flowers | $ |
| Cemetery | $ |
| Vault Set-Up | $ |
| Clergy | $ |
| Special Music | $ |
| Peoria Obituary | $ |
| Canton Obituary | $ |
| Other Obituary | $ |
| Certified Copies | $ 82 — |

Total (B) $ 82 —

**(C) OTHER ITEMS:**

| | |
|---|---|
| | $ |
| | $ |
| | $ |
| | $ |

Total (C) $ _____

LESS: Prepaid Adjustment / Allowance ☐ INS ☐ TA 6. etc's
Payment / Date ( )
Other (Specify).

BALANCE $ _____

Total (A) $ 8200 —
Total (A) (B) & (C)
Total (A) & (B) $ 8282 —

**LEGAL, CEMETERY, CREMATORY OR OTHER REQUIREMENTS COMPELLING THE PURCHASE OF ANY ITEMS LISTED ABOVE:**

The undersigned purchaser(s) hereby attest to the following: (1) I/We did ( ) I did not ( ) authorize embalming of the above named deceased. (2) I/We were shown a Casket Price List and/or Casket before the showing of caskets and/or and Outer Burial Container. (3) I/We were given/offered for retention a General Price List upon the beginning of a discussion of funeral arrangements and/or selection of services and merchandise.

**TERMS:** This is a CASH TRANSACTION, due in full at time of arrangements, and, in all events, becomes PAST DUE AND DELINQUENT upon expiration of due date. A charge of 9% per annum for UNANTICIPATED LATE PAYMENT will be charged after 60 days. Purchaser(s) agrees to pay reasonable attorney's fees, court costs and other costs of collection if incurred in the collection of this debt.

I acknowledge receipt of the above, accept and approve same, and jointly and severally promise to make full payment therefor. Receipt of a copy of this contract is acknowledged.

MR. _____
MRS. _____
MISS _____
S.S. No _____

Signature of Purchaser(s) _____

Signature of Purchaser(s) _____

| | City | State | Zip Code |
|---|---|---|---|
| Street Address | City and State | Zip Code |

We agree to render the service and furnish the merchandise indicated above

Sedgwick Funeral Homes

Street Address / City and State / Zip Code

CRMN ☐

# Prudential

Please send the com
**The Prudential**

## Preferential Beneficiary's Statement

Tel: (8

---

**Deceased's Information**

COOK GROUP INCORPORATED
Employer's Name

William
First Name

T
MI

Edwards
Last Name

Social Security Number

Date of Birth (MM DD YYYY)

## Preferential Beneficiary's Statement

### What is a Preferential Beneficiary?

At the time of the deceased's passing, there was no living, named beneficiary for the Group Life I
The Prudential Insurance Company of America. Therefore, benefits are payable to the highest sur
insured based on the following order of preference:

1. Benefits are payable to the **spouse,** if living. To the extent permitted by the employer'
   is applicable, or applicable state law, **spouse** may include a **domestic or civil union**

2. If no spouse was living at the time of the insured's passing, benefits are payable to all
   If there is only one surviving child, the entire benefit is payable to the surviving child. L
   eligible to receive benefits, however, step-children are typically not eligible. Please refe

3. If there is no surviving spouse or children, benefits are payable in equal shares to the i
   one parent is surviving, the entire benefit is payable to the surviving parent.

4. If there was no surviving spouse, children, or parents, benefits are payable to the insur
   and/or sisters) in equal shares. If there is only one surviving sibling, the entire benefit i

5. If there is no surviving spouse, children, parents, or siblings, the benefits will be payabl

The highest surviving class of heirs, in accordance with the above order of preference, must follo
benefit proceeds that may be payable under the Group Life Insurance policy

### Instructions for completing the Preferential Beneficiary's Statement:

Step 1: Complete and sign the attached **Preferential Beneficiary's Statement.** All persons i
must be listed on this statement. (Example: If there was no surviving spouse, but the insu
all three children must be listed on the attached statement.)

Step 2: Each person listed on the Preferential Beneficiary's Statement must also complete a **Gro**
This form can be obtained online at **www.prudential.com/giemployeeforms.** Each b

 **Prudential**

Please send the comp[...]
**The Prudential I[...]**

Tel: (80[...]

## Preferential Beneficiary's Statement

**1 Deceased's Information**

William _____ | T | Edwards _____
First Name | MI | Last Name

_____ 50318 _____ C-2023-3272[...]

**2 Highest Surviving Class**

Please select one of the following.
The highest surviving class of heirs to which benefit proceeds should be payable in the abs[...]

| | Spouse* | | | Child(ren) | ☒ | Parent(s) | | | Sibling(s) | | | Estate

*To the extent permitted by the employer's plan or group contract, whichever is applicable[...]
  may include a **domestic or civil union partner.**

**3 Claimant Information**
Claimant 1

Total number of claimants: _____ 1

Please provide the following information for each member of the highest surviving class of [...]

*BRIENNA* _____ | *M* | *COZAD* _____
First Name | MI | Last Name

████████████ | *MOTHER* _____ | (3[...]
Social Security Number/TIN | Relationship to Deceased | Telep[...]

*120 N. PARK DR* _____ | _____
Residence: Street | Apt.

*CANTON* _____ | *IL* | *6152[...]*
City | State | ZIP Code

Claimant 2

_____ | | _____
First Name | MI | Last Name

_____ | _____ | _____
Social Security Number/TIN | Relationship to Deceased | Telep[...]

_____
Residence: Street | Apt.

00000237 0000673 0010 0016 PDHC04IDX04I32215102 FTHDS6ZS901 00000243

**Return this page with the completed f**

## A) About You

Provide information about the person making the claim. Be sure to verify your Social Sec

*BRIENNA*                                    *M*      *COZAD*

First name                                MI     Last name

*120  N. PARK  DR*

Street address                                            Apt/Suite (optional)

*CANTON*                                                    *IL*

City                                                        State

_____          ████████████          *M OT*

Home phone                Mobile phone              Relationship to

████████████████████████████████

Email address

How do you want us to contact you? (Check all that apply.) ☒ U.S. Mail  ☒ Email  ☒ Text

████████████          ████████████

Date of birth (mm/dd/yyyy)      Social Security number (SSN), TIN or EIN (see below)

## Taxpayer Identification Number (TIN)

You must include a TIN for the beneficiary. This is:

▶ A Social Security number (SSN) if the beneficiary is an individual or the owner of a so

▶ The employer identification number (EIN) if you represent a trust, estate, corporation,
  organization.

▶ The TIN of the grantor/trustee if you represent a grantor trust, or that of the actual ow
  recognized as a legal or valid trust under state law.

▶ If you are a guardian completing this form for someone else, including a minor, be sure to

## B) About the Deceased

Provide information about the deceased.

50318                                    COOK GROUP INCORPORATED

Control number (from cover letter provided)      Deceased's employer name

00000237 00006570 0004 0016 PJHCH47DO4132321510Z STN7D5563501 00000243

**Return this page with the completed**

# C) Choose a Payment Option

Please choose ONE of the following settlement or payment options. If you are interested settlement option, please call us at **(800) 524-0542**.

☐ Deposit funds in a Prudential Alliance Account, an interest-bearing account that gives you i
  You may transfer or withdraw all or part of the balance at any time and at no cost. Please se

☐ Receive a single *lump sum* check--for all funds[1]

☒ Deposit funds directly in your chosen bank account via Electronic Funds Transfer (EFT)

**If you selected the EFT option above, please complete Part D.**

1 Funds are paid net of any assignments, e.g.: funeral home. A funeral home assignment is an agreement to pay the funeral home wi
  any remainder is paid to you.

# D) Banking Information and Payment Authorization (For EFT F

*Mid America National Bank*
Bank name

Account Type: ☐ Checking    ☒ Savings

■■■■■■■■
Bank Transit Routing Number (9 digits)

■■■■■■■■
Bank Account Number

*CANTON*
Bank Location (City and State)

I authorize The Prudential Insurance Company of America (Prudential) to make electro
Plan Insurance Death Claim proceeds into the above account. I understand that any de
account agreement will be returned to Prudential and reissued a check. In addition, if
Claim proceeds is credited to this account in error, I authorize Prudential to withdraw t
benefit amount paid and the recalculated amount of the benefit actually due under the
coverage. My eligibility for any such benefits is governed by the terms and conditions
nothing in this Authorization shall be deemed to be an approval of any such benefits.

This authorization is valid indefinitely until such time as I provide written notice of can
notice hereunder will not be deemed effective until three business days after Prudentia
notice.

**Return this page with the completed**

## E) Tax Certification

Please complete any applicable portions of **(a)** or **(b)**. See Definitions below for more inf

(a) Under penalties of perjury, I certify that:
- ▶ I am a U.S. Person (including resident alien);
- ▶ The Social Security/Tax ID number provided in Part A above is my correct SSN/TIN;
- ▶ I am not subject to backup withholding due to failure to report interest or dividend
- ▶ I am not subject to FATCA reporting.

(b) Check the boxes below, if applicable:

    I am not a U.S. person (including resident alien). I am a citizen of _____
    Attach the applicable IRS Form W-8 (BEN, BEN-E, ECI, EXP, IMY).

☐ I am subject to backup withholding due to the failure to report interest or dividend
    Withholding" in the tax certification Information section).

☐ I am subject to FATCA reporting.

# Definitions

### BACKUP WITHHOLDING
You must tell us if the IRS has notified you that you are subject to backup withholding
your taxable interest and dividends on your tax return. You are not subject to backup w
not receive such a notice from the IRS, (b) the IRS told you that you are no longer subj
order, or (c) you are exempt from such withholding. If you have been notified that you a
withholding, please check the box **as indicated.**

### FOREIGN ACCOUNT TAX COMPLIANCE ACT (FATCA)
Any entity making a payment of U.S. source income must consider whether it is subjec
collect documentation about the payee's status or withhold at 30%. Nontaxable payme
death benefits from nonqualified life insurance contracts, are not subject to FATCA.

### CITIZENSHIP
You must indicate if you are not a U.S. Person (including resident alien). In that case, y
which you are a citizen and submit the applicable IRS Form W-8 (BEN, BEN-E, ECI, EX
the IRS Form W-8BEN will be the appropriate IRS Form W-8.

## F) Signature

### FLORIDA RESIDENTS
Any person who knowingly and with intent to injure, defraud, or deceive any insurer file
application containing any false, incomplete, or misleading information is guilty of a fe



# Claim Fraud Warnings

**PUERTO RICO RESIDENTS**—Any person who knowingly and with the intention of defrauding
an insurance application, or presents, helps, or causes the presentation of a fraudulent claim
any other benefit, or presents more than one claim for the same damage or loss, shall incur
shall be sanctioned for each violation by a fine of not less than five thousand dollars ($5,000
thousand dollars ($10,000), or a fixed term of imprisonment for three (3) years, or both pen
circumstances [be] present, the penalty thus established may be increased to a maximum of
circumstances are present, it may be reduced to a minimum of two (2) years.

**VERMONT RESIDENTS**—Any person who knowingly presents a false or fraudulent claim for p
knowingly makes a false statement in an application for insurance may be guilty of a crimina

**VIRGINIA RESIDENTS**—Any person who, with the intent to defraud or knowing that he/she is
an insurer, submits an application or files a claim containing a false or deceptive statement

**FLORIDA RESIDENTS**—Any person who knowingly and with intent to injure, defraud
files a statement of claim or an application containing any false, incomplete, or misl
guilty of a felony of the third degree.

**NEW YORK RESIDENTS**—Any person who knowingly and with intent to defraud any
other person files an application for insurance or statement of claim containing any
information, or conceals, for the purpose of misleading, information concerning any
commits a fraudulent insurance act, which is a crime, and shall also be subject to a
five thousand dollars and the stated value of the claim for each such violation.

**I have read and understand the terms and requirements of the fraud warnings includ**

Brenna M. Gad

Sign Your Name

-09-25-2023-

Date

BRIENNA    COPAS

Print Your Name

120   N. PARK

Print Your Address

**AN AFFIDAVIT TO JESSE WHITE, THE SECRETARY OF THE STATE OF ILLINOIS, PURSUANT**
**THE PROBATE ACT, ILLINOIS COMPILED STATUTES, AS AMENDED BY PUBLIC ACT 98-08**

STATE OF ILLINOIS

COUNTY OF __Fulton__

## SMALL ESTATE AFFIDAVIT

I, __Briema__    __Cozad__

1. (a) My post office address is, __120 N. Park Drive  Canton, IL__

   (b) My residence address is: _____

   (c) I understand that if I am an out-of-state resident I submit myself to the jurisdiction of Illinois preparation and use of this affidavit. My agent for service of process in Illinois is.

NAME. __Briema  Cozad__  ADDRESS; __120 N.__

CITY: __Canton, IL  61520__  TELEPHONE: ██████

I understand that if no person is named above as my agent for service or, if for any reason, service effectuated, the Clerk of the Circuit Court of _____ (County) ____
(Judicial Circuit) Illinois is recognized by Illinois law as my agent for service of process.

2. The decedent's name is __William  Tomas  Edwards__

3. The date of the decedent's death was __4-9-2023__ and I have attached a co

4. The decedent's place of residence immediately before his/her death was __1626 E. ?__

   __Canton, IL  61520__

5. No letters of office are now outstanding on the decedent's estate, and no petition for letters is con
any other jurisdiction, to my knowledge.

6. The gross value of the decedent's entire personal estate, including the value of all property passin
under a will, does not exceed $100,000 in value and consists of the following (list each asset and

_____

_____

Including vehicle(s) described below:

| __Chevy__ | __Malibu__ | __2,000__ | ██████ |
|---|---|---|---|
| Make of Vehicle | Body Type | Year Model | Vehicle Identific |
| Make of Vehicle | Body Type | Year Model | Vehicle Identific |

10.3  My relationship to the decedent or the decedent's estate is: _____ *Mother* _____

10.5  I understand that the decedent's estate must be distributed first to
the decedent's estate as set forth in paragraph 7.5 of this affidavit bef
made to any heir or legatee. By signing this affidavit, I agree to indemnify
creditors of the decedent's estate, the decedent's heirs and legatees
corporations, or financial institutions relying upon this affidavit who incu
reliance on this affidavit, up to the amount lost because of any act or om
understand that any person, corporation, or financial institution r
indemnification provision shall be entitled to reasonable attorney's fees
recovery.

11.  After payment by me from the decedent's estate of all debts and expenses listed in paragraph 7, a
paragraph 6 of this affidavit should be transferred to (NAME) _____ *Brienn Co*
(ADDRESS) *120 N. Park Drive - Canton, IL 61520* _____

this affidavit is made to induce Jesse White, Secretary of State of Illinois, to issue a Certificate of Title to t

**The foregoing statement is made under the penalties of perjury. (Note: A fraudulent statement**
**perjury is perjury, as defined in Section 32-2 of the Criminal Code of 2012.)**

_Brienna M. Gad_                              *4-26-2023*
Signature of Affiant                              Date

Subscribed and sworn to before me this _____ *26th* _____ day of _____ *April* _____

_____
Notary Public                                                         (SE

R
NOTARY
My Comm