AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of Illinois

| | |
|---|---|
| Brienna M. Cozad, *Plaintiff* v. Tommy L. Edwards, n/k/a Jared Edwards, *Defendant* | Civil Action No. 23-cv-1334 |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus post judgment interest at the rate of _____% per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☒ other: Default judgment is entered against Defendant, Tommy L. Edwards, n/k/a Jared Edwards, in the amount of $37,500, plus accrued interest.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge Jonathan E. Hawley on a motion for Default Judgment.

Date: 03/06/2025

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*